**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Champion Bldrs., LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-2270836** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1836 S.W. 65th Street** <br> **Topeka, KS 66619-1433** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Shawnee** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

| Debtor | Champion Bldrs., LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Champion Bldrs., LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**

    - ☐ No
    - ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

| Debtor | **Champion Bldrs., LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November  6, 2018**
                MM / DD / YYYY

**X /s/ Greg L. Murray**                                        **Greg L. Murray**
Signature of authorized representative of debtor                Printed name

Title     **President/Manager**

**18. Signature of attorney**

**X /s/ Edward J. Nazar**                         Date **November  6, 2018**
Signature of attorney for debtor                      MM / DD / YYYY

**Edward J. Nazar**
Printed name

**Hinkle Law Firm LLC**
Firm name

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
Number, Street, City, State & ZIP Code

Contact phone     **316-267-2000**     Email address     **enazar@hinklaw.com**

**09845 KS**
Bar number and State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Champion Bldrs., LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alliance Bank 3001 SW Wanamaker Road Topeka, KS 66614-4430** | | **All assets of debtor; assets listed for Loan No. xxxx0665** | | **$750,000.00** | **$0.00** | **$750,000.00** |
| **Border States Industries P O Box 802816 Kansas City, MO 64180** | | **Johnson County Case No. 18 CV 719** | **Disputed** | | | **$440,000.00** |
| **Anthony S. Barry Barry Law Offices LLC 5340 SW 17th Street Topeka, KS 66604-2459** | | **Attorneys fees** | | | | **$242,024.13** |
| **BC1 Mechanical Inc P O Box 441 Gardner, KS 66030** | | **Blue Value Elementary School #23** | **Contingent** | | | **$235,000.00** |
| **Hartford Financial Services c/o Kenneth M. Bronson Manager of Financial Services One Hartford Plaza T-12B Hartford, CT 06115** | | **Bond claims** | **Contingent Disputed** | | | **$200,000.00** |
| **Doing Steel Fabrication 2125 N. Golden Avenue Springfield, MO 65803** | | **Shawnee County Case No. 18 CV 358** | **Disputed** | | | **$150,000.00** |
| **McElroy's Inc. 3310 SW Topeka Boulevard Topeka, KS 66611** | | **East Topeka Learning Center** | **Contingent** | | | **$148,500.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Champion Bldrs., LLC**
_____

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Drewco Inc.** **P O Box 2488** **Mission, KS 66201** | | **Blue Valley Elementary School #23 project Johnson County Case No. 18 CV 213** | **Disputed** | | | **$130,000.00** |
| **Kansas City Mechanical Inc** **6822 Kansas Avenue** **Kansas City, KS 66111** | | **Blue Valley Elementary School #23** | **Contingent Disputed** | | | **$89,900.00** |
| **Site Rite Construction Co** **P O Box 30240** **Kansas City, MO 64112** | | **Blue Valley Elementary School #23 contract Johnson County Case No. 18 CV 2322** | **Contingent** | | | **$63,000.00** |
| **KML Steel** **P O Box 782558** **Wichita, KS 67278** | | | **Contingent** | | | **$62,000.00** |
| **Ace Electric Co.** **223 SE 53rd Street** **Topeka, KS 66609** | | **East Topeka Learning Center** | **Contingent** | | | **$60,210.00** |
| **Combes Construction LLC** **6925 W 206th St** **Bucyrus, KS 66013** | | **Blue Valley Elementary School #23 Project** | **Disputed** | | | **$56,474.25** |
| **Empire Wall Systems** **5224 SW Sante Fe Lake Road** **Towanda, KS 67144** | | **East Topeka Learning Center** | **Contingent** | | | **$55,289.97** |
| **Seltmann Masonry** **17187 166th Road** **Mayetta, KS 66509** | | **East Topeka Learning Center** | **Contingent** | | | **$45,973.80** |
| **Fastrac Escavating** **3323 SE 21st Street** **Topeka, KS 66607** | | **East Topeka Learning Center** | **Contingent** | | | **$45,316.95** |
| **Carpio Masonry** **2521 S Holloway Road** **Oak Grove, MO 64075** | | **SH Auditorium** | **Contingent** | | | **$42,500.00** |
| **Sowards Glass** **2011 NW Topeka Boulevard** **Topeka, KS 66608** | | **East Topeka Learning Center** | **Contingent** | | | **$36,593.10** |
| **Concrete Unlimited** **3160 SE 21st Street** **Topeka, KS 66607** | | **East Topeka Learning Center** | **Contingent** | | | **$30,763.85** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Champion Bldrs., LLC**
_____     Case number *(if known)* _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hotel & Restaurant Supply 3750 Winchester Road Memphis, TN 38118** | | | **Disputed** | | | **$30,000.00** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Champion Bldrs., LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Alliance Bank<br>Business Investment Account<br>Balance as of 9/14/18 | Checking Account | 3354 | $100.14 |
| 3.2. | Alliance Bank<br>Small Business Checking Account<br>Balance as of 9/14/18 | Checking Account | 5551 | $70.89 |
| 3.3. | Alliance Bank<br>Payroll account<br>Balance as of 9/14/18 | Checking Account | 5544 | $112.12 |
| 3.4. | Capital Federal Account<br>#_____<br>Operating account | Checking Account | | $800.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                          | $1,083.15 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Champion Bldrs., LLC**            Case number *(If known)*
        Name

☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.      **Accounts receivable**

     11a. 90 days old or less:      **2,938,178.28**    -    **1,469,089.14**   =....      **$1,469,089.14**
                         face amount                      doubtful or uncollectible accounts

     11b. Over 90 days old:        **0.00**    -           **0.00**   =....         **Unknown**
                         face amount                      doubtful or uncollectible accounts

     11b. Over 90 days old:        **0.00**    -           **0.00**   =....         **Unknown**
                         face amount                      doubtful or uncollectible accounts

12.      **Total of Part 3.**                                          **$1,469,089.14**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.      **Office furniture**

40.      **Office fixtures**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor **Champion Bldrs., LLC**
Name

Case number *(If known)*

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Office equipment, furniture, computers, phone system, copier, printer, fax machines, etc.** | **$0.00** | | **$8,500.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | **$8,500.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **2010 Honda Odyssey - vehicle is wrecked** **VIN No. ending 7881** | **$0.00** | | **$0.00** |
| 47.2. | **2011 Chevrolet Silverado and Silverado top** | **$7,700.00** | | **$7,700.00** |
| 47.3. | **2014 Harley Davidson motorcycle FLHXS Street Glide** **VIN # ending 9116** | **$13,000.00** | | **$13,000.00** |
| 47.4. | **2011 Chevrolet Suburban** | **$6,000.00** | | **$6,000.00** |
| 47.5. | **2004 Ford F350 and truck bed** **VIN # ending 6618** | **$8,000.00** | | **$8,000.00** |
| 47.6. | **2004 Ford F250 Super Duty pickup** **VIN # ending 3719** | **$6,000.00** | | **$6,000.00** |
| 47.7. | **2004 Ford F350 CB** **VIN # ending 0551** | **$5,000.00** | | **$5,000.00** |

Debtor    **Champion Bldrs., LLC**        Case number *(if known)* _____
      Name

| | | | |
|---|---|---|---|
| 47.8. | **2006 LAMA trailer**<br>**VIN # ending 1948** | $0.00 | $1,500.00 |
| 47.9. | **2012 Boat Mate 2012 2001 Super Sport**<br>**Trailer**<br>**VIN # ending 4201** | $0.00 | $1,200.00 |
| 47.10· | **2015 Load Trail LLC TD8120072-14226**<br>**trailer**<br>**VIN # ending 5374** | $0.00 | $1,500.00 |
| 47.11· | **2004 Flat trailer**<br>**VIN # ending 1023** | $0.00 | $500.00 |
| 47.12· | **2002 Road trailer**<br>**VIN # ending 1085** | $0.00 | $500.00 |
| 47.13· | **2001 FFC trailer**<br>**VIN # ending 1992** | $0.00 | $500.00 |
| 47.14· | **1998 FFC flatbed trailer**<br>**VIN # ending 1035** | $0.00 | $500.00 |
| 47.15· | **2001 trailer**<br>**VIN # ending 1421** | $0.00 | $500.00 |
| 47.16· | **2001 Trailer**<br>**VIN # ending 1460** | $0.00 | $500.00 |
| 47.17· | **2018 Ford F250**<br>**VIN # ending 4715** | $50,000.00 | $50,000.00 |
| 47.18· | **2001 Chevrolet Silverado Z**<br>**Titled in name of Greg Murray - vehicle**<br>**purchased with LLC funds** | $0.00 | $11,800.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
      **machinery and equipment)**
      **Machinery and equipment**          $0.00          $356,778.29

51.    **Total of Part 8.**                                            $471,478.29
      Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Champion Bldrs., LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Potential income tax refund** — Tax year | **$5,000.00** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Hartford Financial Services**<br>**One Hartford Plaza T-12B**<br>**Hartford, CT 06115** | **Unknown** |
| | Nature of claim — **Potential tortious interference claim** | |
| | Amount requested — **$0.00** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Champion Bldrs., LLC**          Case number *(If known)* _____
Name

**Potential insurance overpayment**          **$9,000.00**

78.    **Total of Part 11.**           **$14,000.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Champion Bldrs., LLC**                                    Case number *(If known)* _____
<br>Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$1,083.15** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,469,089.14** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$8,500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$471,478.29** | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$14,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,964,150.58** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$1,964,150.58** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Champion Bldrs., LLC**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Alliance Bank**<br>Creditor's Name<br><br>3001 SW Wanamaker Road<br>Topeka, KS 66614-4430<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/26/15**<br>**Last 4 digits of account number**<br>**0665**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Machinery and equipment**<br>**All vehicles listed on Schedule B**<br><br>**Describe the lien**<br>**Non-Purchase Money Security**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $174,000.00 | $356,778.29 |
| **2.2** **Alliance Bank**<br>Creditor's Name<br><br>3001 SW Wanamaker Road<br>Topeka, KS 66614-4430<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/1/17**<br>**Last 4 digits of account number**<br>**0361**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**All assets of debtor; assets listed for**<br>**Loan No. xxxx0665**<br><br>**Describe the lien**<br>**Non-Purchase Money Security (line of credit)**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $750,000.00 | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Champion Bldrs., LLC**           Case number (if know) _____
       Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $53,766.61 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

2018 Ford F250
VIN # ending 4715

**P O Box 650575**
**Dallas, TX 75265-0575**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2018**

**Last 4 digits of account number**

**3837**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $977,766.61

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

**Fill in this information to identify the case:**

Debtor name    **Champion Bldrs., LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** | **$3,000.00** |
|---|---|---|---|---|

| 2.1 |  |  |
|---|---|---|
| | **Internal Revenue Service** | ☐ Contingent |
| | **Mail Stop 5334 Advisory/Insolv** | ☐ Unliquidated |
| | **2850 NE Independence Ave** | ☐ Disputed |
| | **Lees Summit, MO 64064** | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll taxes** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** | **$800.00** |
|---|---|---|---|---|

| 2.2 |  |  |
|---|---|---|
| | **Kansas Department of Labor Legal Services** | ☐ Contingent |
| | **401 S.W. Topeka Boulevard** | ☐ Unliquidated |
| | **Topeka, KS 66603-3182** | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: **Kansas unemployment taxes** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     50642     Best Case Bankruptcy

| Debtor | **Champion Bldrs., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$800.00** | **$800.00** |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
**Kansas Department of Revenue**
915 SW Harrison St.
Topeka, KS 66612-1588

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$800.00   $800.00

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order** all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**Ace Electric Co.**
223 SE 53rd Street
Topeka, KS 66609
Date(s) debt was incurred  **2018**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **East Topeka Learning Center**
Is the claim subject to offset? ■ No  ☐ Yes

**$60,210.00**

**3.2** Nonpriority creditor's name and mailing address
**Acme Sign**
1313 Vernon Street
North Kansas City, MO 64116-4422
Date(s) debt was incurred  **2015**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Blue Valley Elementary School #23 project**
Is the claim subject to offset? ■ No  ☐ Yes

**$6,280.00**

**3.3** Nonpriority creditor's name and mailing address
**ACS Electronic Systems**
5251 W. 116th Place, Suite 200
Leawood, KS 66211
Date(s) debt was incurred  **5/22/15**
Last 4 digits of account number  **128A**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Blue Valley Elementary School #23**
Is the claim subject to offset? ■ No  ☐ Yes

**$1,928.48**

**3.4** Nonpriority creditor's name and mailing address
**Anthony S. Barry**
Barry Law Offices LLC
5340 SW 17th Street
Topeka, KS 66604-2459
Date(s) debt was incurred  **2004 to 2018**
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Attorneys fees**
Is the claim subject to offset? ■ No  ☐ Yes

**$242,024.13**

**3.5** Nonpriority creditor's name and mailing address
**AT&T**
P O Box 5001
Carol Stream, IL 60197-5001
Date(s) debt was incurred  **July 2018**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Telephone service**
Is the claim subject to offset? ■ No  ☐ Yes

**$380.65**

| Debtor | **Champion Bldrs., LLC** | Case number *(if known)* | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,604.68** |
|-----|--|--|--|

**Athco**
13500 W 108th Street
Lenexa, KS 66215

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/15**

Last 4 digits of account number  **111D**

Basis for the claim:  **Blue Valley Elementary School #23 project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,046.92** |
|-----|--|--|--|

**Auto Owners Insurance**
6101 Anacapri Boulevard
Lansing, MI 48917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2018**

Last 4 digits of account number  **_**

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235,000.00** |
|-----|--|--|--|

**BC1 Mechanical Inc**
P O Box 441
Gardner, KS 66030

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/11/18**

Last 4 digits of account number  **123A**

Basis for the claim:  **Blue Value Elementary School #23**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-----|--|--|--|

**Blue Valley USD #229**
6225 W. 133rd Street
Topeka, KS 66611

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

Basis for the claim:  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$440,000.00** |
|-----|--|--|--|

**Border States Industries**
P O Box 802816
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

Basis for the claim:  **Johnson County Case No. 18 CV 719**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|-----|--|--|--|

**Byers Glass & Mirror, Inc.**
11685 Kaw Drive
Bonner Springs, KS 66012

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017 - 2018**

Last 4 digits of account number  **_**

Basis for the claim:  **Blue Valley Elementary School #23 Project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|-----|--|--|--|

**C&C Group**
10012 Darnell Street
Lenexa, KS 66215

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **_**

Basis for the claim:  **Blue Valley Elementary School #23**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Champion Bldrs., LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address

**Carpio Masonry**
2521 S Holloway Road
Oak Grove, MO 64075

Date(s) debt was incurred **2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$42,500.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SH Auditorium**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**CBS Manhattan**
9130 Green Valley Drive
Manhattan, KS 66502

Date(s) debt was incurred **2018**

Last 4 digits of account number **108A**

As of the petition filing date, the claim is: *Check all that apply.* **$2,450.50**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Blue Valley Elementary School #23 Project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**City of Topeka**
3245 NW Waterworks Drive
Topeka, KS 66606

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$157.34**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **East Topeka Learning Center**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Combes Construction LLC**
6925 W 206th St
Bucyrus, KS 66013

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$56,474.25**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Blue Valley Elementary School #23 Project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

**Concrete Supply**
2500 SW Third Street
Topeka, KS 66606

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$438.50**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **East Topeka Learning Center**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**Concrete Unlimited**
3160 SE 21st Street
Topeka, KS 66607

Date(s) debt was incurred **2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$30,763.85**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **East Topeka Learning Center**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**Core Slab**
1615 West Arrow Street
Marshall, MO 65340

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$15,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Blue Valley Northwest High School**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Champion Bldrs., LLC**
_____
Name

Case number (*if known*) _____

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,642.50** |
|---|---|---|---|

**Diamond Everley Roofing**
**1556 LeCompton Road**
**Perry, KS 66073**

Date(s) debt was incurred __2015__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SH Auditorium__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Doing Steel Fabrication**
**2125 N. Golden Avenue**
**Springfield, MO 65803**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Shawnee County Case No. 18 CV 358__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,198.05** |
|---|---|---|---|

**DPI**
**P O Box 660831**
**Dallas, TX 75266**

Date(s) debt was incurred __July 2018__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lease on copier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,000.00** |
|---|---|---|---|

**Drewco Inc.**
**P O Box 2488**
**Mission, KS 66201**

Date(s) debt was incurred __2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Blue Valley Elementary School #23 project__
__Johnson County Case No. 18 CV 213__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.55** |
|---|---|---|---|

**Drexel Technologies**
**10840 W. 86th Street**
**Overland Park, KS 66214**

Date(s) debt was incurred __July 2018__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Service and supplies for printer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,289.97** |
|---|---|---|---|

**Empire Wall Systems**
**5224 SW Sante Fe Lake Road**
**Towanda, KS 67144**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __East Topeka Learning Center__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,114.40** |
|---|---|---|---|

**Envision Technology Group**
**13524 W 107th Street**
**Lenexa, KS 66215**

Date(s) debt was incurred __5/11/18__

Last 4 digits of account number __127A__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Blue Valley Elementary School #23__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Champion Bldrs., LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Epoxy Coating Specialists**<br>**3940 S Ferree**<br>**Kansas City, KS 66103**<br><br>Date(s) debt was incurred  **5/11/15**<br>Last 4 digits of account number  **109D** | As of the petition filing date, the claim is: Check all that apply.                                    **$1,500.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Blue Valley Elementary School #23 Project**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Fastenal Company**<br>**100 SE Monroe Street**<br>**Topeka, KS 66603**<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.                                        **$0.63**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Fastrac Escavating**<br>**3323 SE 21st Street**<br>**Topeka, KS 66607**<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.                                   **$45,316.95**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **East Topeka Learning Center**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Ferrell Gas**<br>**P O Box 1003**<br>**Liberty, MO 64069**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.                                         **$13.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Gerken Rental**<br>**31600 Old KC Road**<br>**Paola, KS 66071**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.                                        **$500.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**GreenPoint**<br>**P O Box 326**<br>**Silver Lake, KS 66539**<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.                                      **$1,249.10**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Hartford Financial Services**<br>**c/o Kenneth M. Bronson**<br>**Manager of Financial Services**<br>**One Hartford Plaza T-12B**<br>**Hartford, CT 06115**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.                                    **$200,000.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Bond claims**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | Champion Bldrs., LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34** Nonpriority creditor's name and mailing address
Hilti
P O Box 21148
Tulsa, OK 74121-1148

Date(s) debt was incurred  **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$923.26**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
HME, Inc.
2828 NW Button Road
Topeka, KS 66618

Date(s) debt was incurred  **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$852.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address
Honey Do's
113 East 7th Street
Holton, KS 66436

Date(s) debt was incurred  **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$95.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address
Hotel & Restaurant Supply
3750 Winchester Road
Memphis, TN 38118

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$30,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address
Interior Surface Enterprises
19940 W 161st Street
Olathe, KS 66062

Date(s) debt was incurred  **2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Blue Valley Elementary School #23 project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address
IT Simplified
3641 SW Plass Avenue
Topeka, KS 66611

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$360.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address
Jackson Greenhouse
1933 NW Lower
Topeka, KS 66608

Date(s) debt was incurred  **2/19/13**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$1,499.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ross Elementary**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Champion Bldrs., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,232.00**

Jacobson Asbestos Co.
5527 SW 93rd Street
Wakarusa, KS 66546

Date(s) debt was incurred __2018__
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Johnson Controls
9850 Legler Road
Lenexa, KS 66219

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Joint Economic Development Org
 of Topeka and Shawnee Couny
120 S.E. 5th Avenue #110
Topeka, KS 66603

Date(s) debt was incurred __2/19/18__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Contract for East Topeka Learning Center__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

K&G Striping, Inc.
4125 NW Riverside Drive
Riverside, MO 64150

Date(s) debt was incurred __5/11/15__
Last 4 digits of account number __132B__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Blue Valley Elementary School #23__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

Kansas Builders Insurance Grp
2101 W 36th Street
Topeka, KS 66611

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,900.00**

Kansas City Mechanical Inc
6822 Kansas Avenue
Kansas City, KS 66111

Date(s) debt was incurred __5/11/15__
Last 4 digits of account number __122A__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Blue Valley Elementary School #23__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,376.15**

Kansas EPS LLC
5554 NE 16th Street
Des Moines, IA 50313

Date(s) debt was incurred __
Last 4 digits of account number __2007__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __East Topeka Learning Center__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Champion Bldrs., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,192.00** |
|---|---|---|---|

**Klosterman & Associates**
**33467 Lake Road**
**Avon Lake, OH 44012**

Date(s) debt was incurred  _
Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **East Topeka Learning Center contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,000.00** |
|---|---|---|---|

**KML Steel**
**P O Box 782558**
**Wichita, KS 67278**

Date(s) debt was incurred  **2018**
Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,900.00** |
|---|---|---|---|

**Kone Inc**
**2700 BiState Drive, Suite 100**
**Kansas City, MO 64108**

Date(s) debt was incurred  **5/11/15**
Last 4 digits of account number  **114A**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Blue Valley Elementary School #23 project**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |
|---|---|---|---|

**Lan-Tel Communications and**
**   Underground Services Inc.**
**520 N. MO Highway 7**
**Independence, MO 64056**

Date(s) debt was incurred  **5/11/15**
Last 4 digits of account number  **129A**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Blue Valley Elementary School #23**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,000.00** |
|---|---|---|---|

**Larry Bar Excavating**
**2785 W 247th Street**
**Louisburg, KS 66053**

Date(s) debt was incurred  **5/11/15**
Last 4 digits of account number  **131A**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Blue Valley Elementary School #23**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$198.52** |
|---|---|---|---|

**Matheson**
**100 SE Madison Street**
**Topeka, KS 66607**

Date(s) debt was incurred  **2018**
Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$148,500.00** |
|---|---|---|---|

**McElroy's Inc.**
**3310 SW Topeka Boulevard**
**Topeka, KS 66611**

Date(s) debt was incurred  **2018**
Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **East Topeka Learning Center**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Champion Bldrs., LLC**                                Case number (if known) _____
          _____
          Name

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$3,900.00** |

**3.55**

**Nonpriority creditor's name and mailing address**
**Meyer Construction Specialties**
**126 Wilbur Parrish Circle**
**Belton, MO 64012**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.    **$3,900.00**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Blue Valley Elementary School #23 project**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Midway Wholesale**
**218 SE Bonner Street**
**Topeka, KS 66607**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.    **$16,000.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **East Topeka Learning Center contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Morgan Francis**
**3410 N Walnut Street**
**Muncie, IN 47303**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.    **$1,912.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **East Topeka Learning Center contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Nystrom**
**NW 7845**
**P O Box 1450**
**Minneapolis, MN 55485-7845**

Date(s) debt was incurred  **9/11/14**

Last 4 digits of account number  **4041**

As of the petition filing date, the claim is: Check all that apply.    **$2,362.99**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shawnee Heights High School Auditorim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59**

**Nonpriority creditor's name and mailing address**
**O'Reilly**
**4710 SW Topeka Boulevard**
**Topeka, KS 66609**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.    **$124.74**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Parades Construction, Inc.**
**1407 N. 79th Street**
**Kansas City, KS 66112**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Blue Valley Elementary School #23 Project**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61**

**Nonpriority creditor's name and mailing address**
**Paul Frahm**

**Kansas City, KS**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.    **$4,225.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transmission work on 2011 Chevrolet Silverado**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Champion Bldrs., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Phillips 66 Company**
**P O Box 530970**
**Atlanta, GA 30353-0970**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,000.00** |
|---|---|---|---|

**PJ Welding LLC**
**83040 SW Crawford Road**
**Auburn, KS 66402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Shawnee County Case No. 17 CV 390**

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Procore**
**6309 Carpinteria Avenue**
**Carpinteria, CA 93013**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,259.00** |
|---|---|---|---|

**Regents Flooring Co Inc**
**10035 Lakeview Avenue**
**Lenexa, KS 66219**

Date(s) debt was incurred **2018**

Last 4 digits of account number **109C**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Blue Valley Elementary School #23 Project**

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Restoration & Waterproofing**
  **Contractors, Inc.**
**901 Scott Avenue**
**Kansas City, KS 66105-1219**

Date(s) debt was incurred **2015**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Blue Valley Elementary School #23 project and East Topeka Learning Center contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RLI Insurance Company**
**c/o Ryan Issel**
**P O Box 3961**
**Peoria, IL 61612-3961**

Date(s) debt was incurred _

Last 4 digits of account number **1912**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **USD #450 Shawnee Heights Kansas**

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99.66** |
|---|---|---|---|

**Salisbury Supply Co.**
**114 SE Quincy Street**
**Topeka, KS 66603**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Champion Bldrs., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,056.00**

**Seal-O-Matic Paving Company**
P O Box 9037
Kansas City, MO 64168

Date(s) debt was incurred  **5/11/15**
Last 4 digits of account number  **132A**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Blue Valley Elementary School #23**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | **$45,973.80**

**Seltmann Masonry**
17187 166th Road
Mayetta, KS 66509

Date(s) debt was incurred  **2018**
Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **East Topeka Learning Center**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | **$2,577.58**

**Service Master**
4900 SW Topeka Boulevard
Topeka, KS 66607

Date(s) debt was incurred  _
Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **East Topeka Learing Center contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | **Unknown**

**Shawnee County**
c/o Jim Crowl
200 SE 7th Street, Room 100
 KS 66660-3000

Date(s) debt was incurred  _
Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract No. C95-2018**
**East Topeka Learning Cernter contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | **Unknown**

**Shawnee Heights USD #450**
4401 SE Shawnee Heights Road
Tecumseh, KS 66542

Date(s) debt was incurred  _
Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | **$2,300.00**

**Simplex Grinnell LP**
11019 Strang Line Road
Lenexa, KS 66215

Date(s) debt was incurred  **5/11/15**
Last 4 digits of account number  **121A**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Blue Valley Elementary School #23 project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | **$63,000.00**

**Site Rite Construction Co**
P O Box 30240
Kansas City, MO 64112

Date(s) debt was incurred  **5/11/15**
Last 4 digits of account number  **133A**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Blue Valley Elementary School #23 contract**
**Johnson County Case No. 18 CV 2322**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Champion Bldrs., LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,593.10 |
|---|---|---|---|

**Sowards Glass**
**2011 NW Topeka Boulevard**
**Topeka, KS 66608**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **East Topeka Learning Center**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Sprint**
**2130 SW Wanamaker Road**
**Topeka, KS 66614**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.86 |
|---|---|---|---|

**Sunflower Rents**
**2010 SW Topeka Boulevard**
**Topeka, KS 66612**

Date(s) debt was incurred  **20108**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,929.10 |
|---|---|---|---|

**Switzer Brothers Painting LLC**
**P O Box 140275**
**Kansas City, MO 64114**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Blue Valley Elementary School #23 project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.25 |
|---|---|---|---|

**Terracon**
**3113 SW Van Buren Street**
**Topeka, KS 66611-2466**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **East Topeka Learning Center**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,337.21 |
|---|---|---|---|

**The Home Depot**
**P O Box 9001030**
**Louisville, KY 40290-1030**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Treadwell**
**9205 Quivira Road**
**Overland Park, KS 66215**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-12175    Doc# 1    Filed 11/06/18    Page 29 of 80

| Debtor | Champion Bldrs., LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Turf ETC**
**1051 SE Century Drive**
**Lees Summit, MO 64081-3281**

Date(s) debt was incurred **5/11/15**

Last 4 digits of account number **132C**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Blue Valley Elementary School #23**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Unified School District 229**
**15020 Metcalf Avenue**
**Overland Park, KS 66223**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract for Blue Valley Elementary**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|

**Universal Mech & Elect**
**2278 Allen Road**
**Topeka, KS 66607**

Date(s) debt was incurred **2018**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Blue Valley Elementary School #23 Project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Verizon**
**P O Box 408**
**Newark, NJ 07101-0408**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Telephone service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Wynn Jones & Associates Inc**
**P O Box 318**
**Schofield, WI 54476-0318**

Date(s) debt was incurred **5/11/15**

Last 4 digits of account number **112A**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Blue Valley Elementary School #23 project**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthony S. Barry**<br>**Attorney at Law**<br>**5340 SW 17th Street**<br>**Topeka, KS 66604-2459** | Line **3.75**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Anthony S. Barry**<br>**Attorney at Law**<br>**5340 SW 17th Street**<br>**Topeka, KS 66604-2459** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Champion Bldrs., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.3 | **Anthony S. Barry**<br>**Attorney at Law**<br>**5340 SW 17th Street**<br>**Topeka, KS 66604-2459** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Bradley R. Finkeldei**<br>**Stevens & Brand, LLP**<br>**900 Massachusetts, Suite 500**<br>**Lawrence, KS 66044-0189** | Line **3.73**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Bryan W. SMith**<br>**Smith Law Firm**<br>**5930 SW 29th Street, #200**<br>**Topeka, KS 66614** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Heather F. Shore**<br>**Brown & Ruprecht PC**<br>**2323 Grand Blvd Suite 1100**<br>**Kansas City, MO 64108** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Heather F. Shore**<br>**Brown & Ruprecht PC**<br>**2323 Grand Blvd Suite 1100**<br>**Kansas City, MO 64108** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Heather F. Shore**<br>**Brown & Ruprecht PC**<br>**2323 Grand Blvd Suite 1100**<br>**Kansas City, MO 64108** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Heather Shore**<br>**Brown & Ruprecht**<br>**2323 Grand Boulevard**<br>**Suite 1100**<br>**Kansas City, MO 64108-2670** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Internal Revenue Service**<br>**Centralized Insolvency**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **James Franklin Freeman**<br>**Swanson Midgley LLC**<br>**4600 Madison Avenue Suite 1100**<br>**Kansas City, MO 64112** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **James M. Crowl**<br>**Shawnee County Counselor**<br>**200 SE 7th, Room 100**<br>**Topeka, KS 66603** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **John N. Badgerow**<br>**Spencer Fane LLP**<br>**9401 Indian Creek Park**<br>**Suite 700**<br>**Overland Park, KS 66210** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Jonah W. Lock**<br>**Troppito, Miller, Griffin LLC**<br>**105 E. 5th Street Suite 500**<br>**Kansas City, MO 64106** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Champion Bldrs., LLC**
_____
Name

Case number _(if known)_ _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.15 **Jonah W. Lock**<br>**Troppito, Miller, Griffin LLC**<br>**105 E. 5th Street Suite 500**<br>**Kansas City, MO 64106** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 **Mark C. Kettlewell**<br>**Miller Shirger LLC**<br>**4520 Main Street, Suite 1570**<br>**Kansas City, MO 64111** | Line **3.75**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 **Randall J. Forbes**<br>**Attorney at Law**<br>**1414 S.W. Ashworth Place**<br>**Suite 201**<br>**Topeka, KS 66604-3742** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 **Stephen R. Miller**<br>**Miller Schirger LLC**<br>**4520 Main Street, Suite 1570**<br>**Kansas City, MO 64111** | Line **3.75**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 **Thomas Hiatt**<br>**Spencer Fane LLP**<br>**1000 Walnut Street, Suite 1400**<br>**Kansas City, MO 64106** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 **Timothy D. Resner**<br>**Attorney at Law**<br>**555 S. Kansas Avenue, #303**<br>**Topeka, KS 66603** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 **U S Attorneys Office**<br>**301 N. Main Suite 1200**<br>**Wichita, KS 67202** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    **4,600.00** |
| **5b. Total claims from Part 2** | 5b.   + | $    **2,429,349.24** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    **2,433,949.24** |

Fill in this information to identify the case:

Debtor name    **Champion Bldrs., LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Blue Valley Northwest High School Performing Arts Project** |
| State the term remaining | |
| List the contract number of any government contract | **Blue Valley USD #229**<br>**6225 W. 133rd Street**<br>**Topeka, KS 66611** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Copier lease - monthly payments of $171.15** |
| State the term remaining | **February 2019 (7 months)** |
| List the contract number of any government contract | **DPI**<br>**P O Box 660831**<br>**Dallas, TX 75266** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Month to month rental lease for facility and yard** |
| State the term remaining | **month to month** |
| List the contract number of any government contract | **Greg Murray**<br>**1836 S.W. 65th Street**<br>**Topeka, KS 66619-1433** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Contract dated 2/19/18 for East Topeka Learning Center Renovation and Addition**<br>**2014 S.E. Washington Street**<br>**Topeka, KS 66605**<br>**$3,183,235.00**<br>**Work to be completed by 12/7/18** |
| | **Joint Economic Development Org of Topeka and Shawnee Couny**<br>**120 S.E. 5th Avenue #110**<br>**Topeka, KS 66603** |
| State the term remaining | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     

Debtor 1    **Champion Bldrs., LLC**                                    Case number *(if known)* _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Shawnee Heights #450 High School Auditorium** | |
| | State the term remaining | | **Shawnee Heights USD #450** |
| | List the contract number of any government contract | | **4401 SE Shawnee Heights Road** **Tecumseh, KS 66542** |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Blue Valley Elementary School #23 Project ES23-0901 Contract dated 5/11/15 for $21,209,000.00** | |
| | State the term remaining | | **Unified School District 229** |
| | List the contract number of any government contract | | **15020 Metcalf Avenue** **Overland Park, KS 66223** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Champion Bldrs., LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Greg Murray** | **1836 S.W. 65th Street Topeka, KS 66619-1433** | **Alliance Bank** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Greg Murray** | **1836 S.W. 65th Street Topeka, KS 66619-1433** | **Alliance Bank** | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Greg Murray** | **1836 S.W. 65th Street Topeka, KS 66619-1433** | **Ford Motor Credit** | ■ D   **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Greg Murray** | **1836 S.W. 65th Street Topeka, KS 66619-1433** | **Hartford Financial Services** | ☐ D _____ <br> ■ E/F   **3.33** <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Champion Bldrs., LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.............................................................................   $       **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..........................................................................   $     **1,964,150.58**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................................   $     **1,964,150.58**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **977,766.61**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     **4,600.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **2,429,349.24**

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b        $     **3,411,715.85**

**Fill in this information to identify the case:**

Debtor name    **Champion Bldrs., LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  6, 2018**    X **/s/ Greg L. Murray**
                                      Signature of individual signing on behalf of debtor

                                       **Greg L. Murray**
                                       Printed name

                                       **President/Manager**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Champion Bldrs., LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ☐ Operating a business<br>☐ Other _____ | **$1,600,000.00** |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>☐ Other _____ | **$19,129,169.00** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>☐ Other _____ | **$5,684,550.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
   |---|---|---|---|

| Debtor | Champion Bldrs., LLC | Case number (if known) |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached disbursements register** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Greg Murray**<br>**1836 S.W. 65th Street**<br>**Topeka, KS 66619-1433** | | **$20,000.00** | **Building rent** |
| 4.2. **Greg Murray**<br>**1836 S.W. 65th Street**<br>**Topeka, KS 66619-1433** | | **$69,000.00** | **Expense reimbursement and payroll** |
| 4.3. **Greg Murray**<br>**1836 S.W. 65th Street**<br>**Topeka, KS 66619-1433** | **May 2018** | **$11,800.00** | **Purchase of motor vehicle (2001 Chevrolet Silverado Z)** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Champion Bldrs., LLC**          Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Doing Steel Fabrication LLC v. Champion Bldrs, LLC and Hartford Fire Insurance Company**<br>**2018 CV 000358** | | **Shawnee County District Court**<br>**200 S.E. 7th Street**<br>**Topeka, KS 66603** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **PJ Welding LLC v. Champion Bldrs., LLC and Hartford Fire Insurance Company**<br>**2017 CV 000390** | | **Shawnee County District Court**<br>**200 S.E. 7th Street**<br>**Topeka, KS 66603** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Border States Industries v. Hartford Fire Insurance and Champion Bldrs., LLC**<br>**2018 CV 000719** | | **Johnson County District Court**<br>**100 N. Kansas Avenue**<br>**Olathe, KS 66061** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Drewco Inc v. Champion Bldrs LLC, et al**<br>**2018 CV 000213** | | **Johnson County District Court**<br>**100 N. Kansas Avenue**<br>**Olathe, KS 66061** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Site Rite Construction Co. v. Champion Builders LLC**<br>**2018 CV 003233** | **THIS CASE IS SUPPOSED TO BE TRANSFERRED TO SHAWNEE COUNTY AS OF 9/25/18 IT HAS NOT** | **Johnson County District Court**<br>**100 N. Kansas Avenue**<br>**Olathe, KS 66061** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Shawnee County v. Champion Bldrs., LLC** | **Termination of Contract C95-2018** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Case 18-12175    Doc# 1    Filed 11/06/18    Page 40 of 80

Debtor      **Champion Bldrs., LLC**                           Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2010 Honda Odyssey hit by delivery truck** | **Nothing received yet** | **9/17/18** | **$5,000.00** |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Edward J. Nazar<br>Hinkle Law Firm LLC<br>1617 N. Waterfront Parkway, Suite 400<br>Wichita, KS 67206** | **Attorneys fees and filing fee. $7111.42 was paid for services pre-petition.** | **8/24/18 to 11/5/18** | **$20,472.48** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

Debtor    **Champion Bldrs., LLC**           Case number *(if known)* _____

---

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **US Bank** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **August 2018** | **$5,000.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Debtor  **Champion Bldrs., LLC**                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Champion Builders Inc**<br>**1835 S.W. 65th Street**<br>**Topeka, KS 66619** | **Acquisition, development,**<br>**construction, remodeling,**<br>**renovation and repair of**<br>**commercial and/or residential real**<br>**property** | EIN: **48-1183014**<br><br>From-To **1999 to present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Gregory C. Hughes, cpa**<br>**9021 S.W. 24th Street**<br>**Topeka, KS 66614** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Stephen M. Cannelly CPA PC**<br>**P O Box 25528**<br>**Kansas City, MO 64119** | **12/31/16**<br>**4/19/17** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Greg Murray** | **1836 S.W. 65th Street**<br>**Topeka, KS 66619** | **President** | |

| Debtor | Champion Bldrs., LLC | Case number *(if known)* | |
|--------|---------------------|-------------------------|--|

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Champion Builders Inc | 1836 SW 65th Street<br>Topeka, KS 66619 | Employer ID #48-1183014 | 100% owner of Champion Bldrs LLC |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Greg Murray<br>1836 S.W. 65th Street<br>Topeka, KS 66619-1433 | $20,000 rent<br>$44,000 salary 2018 year to date | | Salary, rent and expense reimbursement |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    **Champion Bldrs., LLC**                                    Case number *(if known)*

---

| **Part 14:** | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  6, 2018**

**/s/ Greg L. Murray**                                          **Greg L. Murray**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Case 18-12175    Doc# 1    Filed 11/06/18    Page 46 of 80                     Best Case Bankruptcy

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs., LLC

1 : Page #
By Check : Selection
APCASHCK.RPT

GENERAL LEDGER ACCOUNT :    100   -   OPERATING - CASH

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MISC | MISC | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 2 | A&BC | A&B Commercial Flooring | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 3 | ANGE | Angel Haro | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 4 | APAC | APAC-Kansas, Inc.; Shear | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 5 | C&CG | C & C Group | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 6 | CA-W | Carnahan-White | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 7 | CLACO | Claco Supply, Inc. | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 8 | DOIN | Doing Steel | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 9 | FIVM | Five Star Masonry | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 10 | FREE | Freedom Fire | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 11 | GRAB | Graber Manufacturing, In | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 12 | HOGE | Jeff Hoge Concrete, LLC | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 13 | HOTE | Hotel & Restaurant Suppl | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 14 | KFPI | Kansas Fair Plan | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 15 | KNUD | Knudson Construction | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 16 | LARR | Larry Bair Excavating | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 17 | NYST | Nystrom | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 18 | PARE | Paredes Construction | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 19 | PION | Pioneer Sports Floors | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 20 | PJWE | PJ Welding | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 21 | PRER | Premier Roofing | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 22 | REGE | Regents Flooring Co | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 23 | SAMCO | Samco, Inc. | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 24 | SWBR | S W Brown Company | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 25 | TOPEK | Topeka Foundry & Iron Wo | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 26 | VICE | Vicente Lopez | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 27 | WHITES | White Star Machinery | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 28 | WYNN | Wynn O. Jones | 04/30/2018 | | 4 | 2018 | REG | 0.00 | 0.00 | 0.00 |
| 1935 | ALLI | ALLIANCE BANK | 04/15/2018 | 4 | 2016 | HAND | 2,217.85 | 0.00 | 2,217.85 |
| 1995 | ALLI | ALLIANCE BANK | 07/08/2018 | 7 | 2017 | HAND | 2,508.37 | 0.00 | 2,508.37 |
| 2510 | ALLI | ALLIANCE BANK | 10/06/2017 | 10 | 2016 | HAND | 1,596.90 | 0.00 | 1,596.90 |
| 2511 | ALLI | ALLIANCE BANK | 10/01/2017 | 10 | 2017 | HAND | 8,112.79 | 0.00 | 8,112.79 |
| 2512 | CHAM | Champion Builders | 10/11/2017 | 10 | 2017 | HAND | 7,500.00 | 0.00 | 7,500.00 |
| 2514 | ALLI | ALLIANCE BANK | 10/13/2017 | 10 | 2017 | HAND | 1,438.11 | 0.00 | 1,438.11 |
| 2516 | FRAHM | Paul Frahm | 10/13/2017 | 10 | 2017 | HAND | 316.57 | 0.00 | 316.57 |

**Check Register**
**Champion Bldrs., LLC**

| CHECK | VENDOR NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|
| 2517 | FRAHM  Paul Frahm | 10/13/2017 | | 10 | 2017 | HAND | 500.00 | 0.00 | 500.00 |
| 2518 | ALLI  ALLIANCE BANK | 10/16/2017 | | 10 | 2017 | HAND | 3.93 | 0.00 | 3.93 |
| 2519 | KESF  Kansas Employment Securi | 10/30/2017 | | 10 | 2017 | HAND | 184.85 | 0.00 | 184.85 |
| 2520 | ALLI  ALLIANCE BANK | 10/20/2017 | | 10 | 2017 | HAND | 1,501.07 | 0.00 | 1,501.07 |
| 2521 | ALLI  ALLIANCE BANK | 10/20/2017 | | 10 | 2017 | HAND | 212.60 | 0.00 | 212.60 |
| 2523 | ALLI  ALLIANCE BANK | 10/27/2017 | | 10 | 2017 | HAND | 1,641.79 | 0.00 | 1,641.79 |
| 2524 | ALLI  ALLIANCE BANK | 10/31/2017 | | 10 | 2017 | HAND | 761.51 | 0.00 | 761.51 |
| 2525 | KANSA1  Kansas Dept of Revenue | 10/31/2017 | | 10 | 2017 | HAND | 2,000.00 | 0.00 | 2,000.00 |
| 2524 | CHAM  Champion Builders | 10/27/2017 | | 10 | 2017 | HAND | 68.25 | 0.00 | 68.25 |
| 2526 | FRAHM  Paul Frahm | 10/31/2017 | | 10 | 2017 | HAND | 1,890.78 | 0.00 | 1,890.78 |
| 2530 | ALLI  ALLIANCE BANK | 11/03/2017 | | 11 | 2017 | HAND | 8,112.79 | 0.00 | 8,112.79 |
| 2531 | ALLI  ALLIANCE BANK | 11/01/2017 | | 11 | 2017 | HAND | 2,141.21 | 0.00 | 2,141.21 |
| 2532 | ALLI  ALLIANCE BANK | 11/10/2017 | | 11 | 2017 | HAND | 485.19 | 0.00 | 485.19 |
| 2533 | KANSA1  Kansas Dept of Revenue | 11/15/2017 | | 11 | 2017 | HAND | 12,000.00 | 0.00 | 12,000.00 |
| 2534 | CHAM  Champion Builders | 11/11/2017 | | 11 | 2017 | HAND | 1,140.67 | 0.00 | 1,140.67 |
| 2535 | ALLI  ALLIANCE BANK | 11/17/2017 | | 11 | 2017 | HAND | 1,057.11 | 0.00 | 1,057.11 |
| 2537 | ALLI  ALLIANCE BANK | 11/24/2017 | | 11 | 2017 | HAND | 267.45 | 0.00 | 267.45 |
| 2638 | FRAHM  Paul Frahm | 11/13/2017 | | 11 | 2017 | HAND | 281.68 | 0.00 | 281.68 |
| 2637 | KANSA1  Kansas Dept of Revenue | 11/30/2017 | | 11 | 2017 | HAND | 7.76 | 0.00 | 7.76 |
| 2638 | UPS  Ups | 11/15/2017 | | 11 | 2017 | HAND | 8,112.79 | 0.00 | 8,112.79 |
| 2639 | ALLI  ALLIANCE BANK | 12/01/2017 | | 12 | 2017 | HAND | 316.42 | 0.00 | 316.42 |
| 2641 | ALLI  ALLIANCE BANK | 12/01/2017 | | 12 | 2017 | HAND | 3,880.73 | 0.00 | 3,880.73 |
| 2642 | ALLI  ALLIANCE BANK | 12/12/2017 | | 12 | 2017 | HAND | 2,791.07 | 0.00 | 2,791.07 |
| 2643 | ALLI  ALLIANCE BANK | 12/22/2017 | | 12 | 2017 | HAND | 740.67 | 0.00 | 740.67 |
| 2645 | ALLI  ALLIANCE BANK | 12/01/2017 | | 12 | 2017 | HAND | 250.00 | 0.00 | 250.00 |
| 2646 | FRAHM  Paul Frahm | 12/11/2017 | | 12 | 2017 | HAND | 2,551.23 | 0.00 | 2,551.23 |
| 2646 | ALLI  ALLIANCE BANK | 12/11/2017 | | 12 | 2017 | HAND | 1,110.40 | 0.00 | 1,110.40 |
| 2647 | ALLI  ALLIANCE BANK | 12/22/2017 | | 12 | 2017 | HAND | 382.31 | 0.00 | 382.31 |
| 2648 | ALLI  ALLIANCE BANK | 12/29/2017 | | 12 | 2017 | HAND | 1,108.91 | 0.00 | 1,108.91 |
| 2649 | KANSA1  Kansas Dept of Revenue | 12/31/2017 | | 12 | 2017 | HAND | 8,112.79 | 0.00 | 8,112.79 |
| 2672 | ALLI  ALLIANCE BANK | 03/02/2018 | | 3 | 2018 | HAND | 1,108.89 | 0.00 | 1,108.89 |
| 2673 | ALLI  ALLIANCE BANK | 03/01/2018 | | 3 | 2018 | HAND | 1,136.57 | 0.00 | 1,136.57 |
| 2674 | ALLI  ALLIANCE BANK | 03/09/2018 | | 3 | 2018 | HAND | 281.68 | 0.00 | 281.68 |
| 2675 | KANSA1  Kansas Dept of Revenue | 01/05/2018 | | 1 | 2018 | HAND | 8,112.79 | 0.00 | 8,112.79 |
| 2675 | ALLI  ALLIANCE BANK | 03/15/2018 | | 3 | 2018 | HAND | 8.06 | 0.00 | 8.06 |
| 2676 | ALLI  ALLIANCE BANK | 01/01/2018 | | 1 | 2018 | HAND | 652.18 | 0.00 | 652.18 |
| 2676 | ALLI  ALLIANCE BANK | 03/07/2018 | | 3 | 2018 | HAND | | | |
| 2677 | UPS  Ups | 01/09/2018 | | 1 | 2018 | HAND | 652.18 | 0.00 | 652.18 |
| 2678 | ALLI  ALLIANCE BANK | 03/16/2018 | | 3 | 2018 | HAND | 2,217.80 | 0.00 | 2,217.80 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs., LLC
By Check : Selection

3 : Page #
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2678 | FRAHM | Paul Frahm | 03/27/2018 | 3 | | 2018 | HAND | 525.41 | 0.00 | 525.41 |
| 2679 | KANSA1 | Kansas Dept of Revenue | 01/15/2018 | 1 | | 2018 | HAND | 281.68 | 0.00 | 281.68 |
| 2680 | ALLI | ALLIANCE BANK | 01/18/2018 | 1 | | 2018 | HAND | 41.52 | 0.00 | 41.52 |
| 2681 | ALLI | ALLIANCE BANK | 03/30/2018 | 3 | | 2018 | HAND | 1,253.56 | 0.00 | 1,253.56 |
| 2682 | ALLI | ALLIANCE BANK | 01/26/2018 | 1 | | 2018 | HAND | 1,158.83 | 0.00 | 1,158.83 |
| 2682 | KANSA1 | Kansas Dept of Revenue | 03/31/2018 | 3 | | 2018 | HAND | 433.87 | 0.00 | 433.87 |
| 2683 | LABM | Labor Max | 03/16/2018 | 3 | | 2018 | HAND | 364.65 | 0.00 | 364.65 |
| 2684 | ALLI | ALLIANCE BANK | 01/19/2018 | 1 | | 2018 | HAND | 1,108.91 | 0.00 | 1,108.91 |
| 2684 | LABM | Labor Max | 03/23/2018 | 3 | | 2018 | HAND | 2,234.65 | 0.00 | 2,234.65 |
| 2685 | KANSA1 | Kansas Dept of Revenue | 01/31/2018 | 1 | | 2018 | HAND | 282.11 | 0.00 | 282.11 |
| 2688 | ALLI | ALLIANCE BANK | 04/13/2018 | 4 | | 2018 | HAND | 2,672.18 | 0.00 | 2,672.18 |
| 2689 | ALLI | ALLIANCE BANK | 02/01/2018 | 2 | | 2018 | HAND | 8,112.79 | 0.00 | 8,112.79 |
| 2689 | KANSA1 | Kansas Dept of Revenue | 04/15/2018 | 4 | | 2018 | HAND | 337.29 | 0.00 | 337.29 |
| 2690 | ALLI | ALLIANCE BANK | 02/09/2018 | 2 | | 2018 | HAND | 2,337.64 | 0.00 | 2,337.64 |
| 2690 | FRAHM | Paul Frahm | 04/11/2018 | 2 | | 2018 | HAND | 272.80 | 0.00 | 272.80 |
| 2691 | KANSA1 | Kansas Dept of Revenue | 02/15/2018 | 2 | | 2018 | HAND | 281.68 | 0.00 | 281.68 |
| 2692 | ALLI | ALLIANCE BANK | 04/20/2018 | 4 | | 2018 | HAND | 9,668.44 | 0.00 | 9,668.44 |
| 2693 | FRAHM | Paul Frahm | 04/23/2018 | 4 | | 2018 | HAND | 555.52 | 0.00 | 555.52 |
| 2694 | FRAHM | Paul Frahm | 02/12/2018 | 2 | | 2018 | HAND | 296.78 | 0.00 | 296.78 |
| 2694 | SECR | Secretary of State | 02/23/2018 | 2 | | 2018 | HAND | 50.00 | 0.00 | 50.00 |
| 2695 | ALLI | ALLIANCE BANK | 02/16/2018 | 2 | | 2018 | HAND | 1,108.91 | 0.00 | 1,108.91 |
| 2696 | ALLI | ALLIANCE BANK | 04/27/2018 | 4 | | 2018 | HAND | 1,587.98 | 0.00 | 1,587.98 |
| 2697 | KANSA1 | Kansas Dept of Revenue | 04/30/2018 | 4 | | 2018 | HAND | 397.80 | 0.00 | 397.80 |
| 2698 | ALLI | ALLIANCE BANK | 04/30/2018 | 4 | | 2018 | HAND | 131.58 | 0.00 | 131.58 |
| 2698 | KESF | Kansas Employment Securi | 04/30/2018 | 4 | | 2018 | HAND | 520.75 | 0.00 | 520.75 |
| 2699 | ALLI | ALLIANCE BANK | 02/23/2018 | 2 | | 2018 | HAND | 1,108.89 | 0.00 | 1,108.89 |
| 2700 | KANSA1 | Kansas Dept of Revenue | 02/28/2018 | 2 | | 2018 | HAND | 281.68 | 0.00 | 281.68 |
| 2701 | ALLI | ALLIANCE BANK | 05/01/2018 | 5 | | 2018 | HAND | 9,831.72 | 0.00 | 9,831.72 |
| 2703 | ALLI | ALLIANCE BANK | 05/11/2018 | 5 | | 2018 | HAND | 1,727.12 | 0.00 | 1,727.12 |
| 2704 | ALLI | ALLIANCE BANK | 05/15/2018 | 5 | | 2018 | HAND | 406.23 | 0.00 | 406.23 |
| 2704 | KANSA1 | Kansas Dept of Revenue | 05/18/2018 | 5 | | 2018 | HAND | 1,732.54 | 0.00 | 1,732.54 |
| 2705 | ALLI | ALLIANCE BANK | 05/25/2018 | 5 | | 2018 | HAND | 1,668.90 | 0.00 | 1,668.90 |
| 2707 | ALLI | ALLIANCE BANK | 05/21/2018 | 5 | | 2018 | HAND | 261.68 | 0.00 | 261.68 |
| 2708 | FRAHM | Paul Frahm | 05/31/2018 | 5 | | 2018 | HAND | 399.65 | 0.00 | 399.65 |
| 2709 | KANSA1 | Kansas Dept of Revenue | 05/16/2018 | 5 | | 2018 | HAND | 15,000.00 | 0.00 | 15,000.00 |
| 2710 | CHAM | Champion Builders | 05/09/2018 | 5 | | 2018 | HAND | 411.74 | 0.00 | 411.74 |
| 2711 | FRAHM | Paul Frahm | 05/09/2018 | 5 | | 2018 | HAND | 411.74 | 0.00 | 411.74 |
| 2712 | ALLI | ALLIANCE BANK | 06/01/2018 | 6 | | 2018 | HAND | 1,586.09 | 0.00 | 1,586.09 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs., LLC

4 : Page #
By Check : Selection
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2713 | ALLI | ALLIANCE BANK | 06/01/2018 | | 6 | 2018 | HAND | 8,112.79 | 0.00 | 8,112.79 |
| 2714 | ALLI | ALLIANCE BANK | 06/08/2018 | | 6 | 2018 | HAND | 1,596.32 | 0.00 | 1,596.32 |
| 2715 | FRAHM | Paul Frahm | 06/06/2018 | | 6 | 2018 | HAND | 301.00 | 0.00 | 301.00 |
| 2716 | ALLI | ALLIANCE BANK | 06/15/2018 | | 6 | 2018 | HAND | 1,681.24 | 0.00 | 1,681.24 |
| 2717 | KANSAI | Kansas Dept of Revenue | 06/15/2018 | | 6 | 2018 | HAND | 580.07 | 0.00 | 580.07 |
| 2718 | FRAHM | Paul Frahm | 06/11/2018 | | 6 | 2018 | HAND | 116.30 | 0.00 | 116.30 |
| 2719 | ALLI | ALLIANCE BANK | 06/22/2018 | | 6 | 2018 | HAND | 1,639.96 | 0.00 | 1,639.96 |
| 2720 | FRAHM | Paul Frahm | 06/18/2018 | | 6 | 2018 | HAND | 121.05 | 0.00 | 121.05 |
| 2721 | ALLI | ALLIANCE BANK | 06/29/2018 | | 6 | 2018 | HAND | 1,614.26 | 0.00 | 1,614.26 |
| 2722 | KANSAI | Kansas Dept of Revenue | 06/30/2018 | | 6 | 2018 | HAND | 388.38 | 0.00 | 388.38 |
| 2723 | FRAHM | Paul Frahm | 06/27/2018 | | 6 | 2018 | HAND | 310.38 | 0.00 | 310.38 |
| 2724 | ALLI | ALLIANCE BANK | 06/15/2018 | | 6 | 2018 | HAND | 4,307.43 | 0.00 | 4,307.43 |
| 2725 | ALLI | ALLIANCE BANK | 07/06/2018 | | 7 | 2018 | HAND | 1,557.83 | 0.00 | 1,557.83 |
| 2726 | ALLI | ALLIANCE BANK | 07/01/2018 | | 7 | 2018 | HAND | 8,164.00 | 0.00 | 8,164.00 |
| 2728 | FRAHM | Paul Frahm | 07/02/2018 | | 7 | 2018 | HAND | 649.37 | 0.00 | 649.37 |
| 2729 | CHAM | Champion Builders | 07/04/2018 | | 7 | 2018 | HAND | 10,000.00 | 0.00 | 10,000.00 |
| 2730 | ALLI | ALLIANCE BANK | 07/13/2018 | | 7 | 2018 | HAND | 1,752.06 | 0.00 | 1,752.06 |
| 2731 | KANSAI | Kansas Dept of Revenue | 07/15/2018 | | 7 | 2018 | HAND | 397.62 | 0.00 | 397.62 |
| 2732 | FRAHM | Paul Frahm | 07/09/2018 | | 7 | 2018 | HAND | 110.37 | 0.00 | 110.37 |
| 2733 | CHAM | Champion Builders | 07/11/2018 | | 7 | 2018 | HAND | 10,000.00 | 0.00 | 10,000.00 |
| 2734 | ALLI | ALLIANCE BANK | 07/20/2018 | | 7 | 2018 | HAND | 1,639.98 | 0.00 | 1,639.98 |
| 2735 | KESF | Kansas Employment Securi | 07/30/2018 | | 7 | 2018 | HAND | 501.35 | 0.00 | 501.35 |
| 2738 | ALLI | ALLIANCE BANK | 07/27/2018 | | 7 | 2018 | HAND | 2,296.16 | 0.00 | 2,296.16 |
| 2739 | ALLI | ALLIANCE BANK | 07/31/2018 | | 7 | 2018 | HAND | 471.47 | 0.00 | 471.47 |
| 2740 | ALLI | ALLIANCE BANK | 07/31/2018 | | 7 | 2018 | HAND | 145.31 | 0.00 | 145.31 |
| 2741 | FRAHM | Paul Frahm | 07/23/2018 | | 7 | 2018 | HAND | 77.99 | 0.00 | 77.99 |
| 2901 | ALLI | ALLIANCE BANK | 03/23/2018 | | 3 | 2018 | HAND | 1,108.91 | 0.00 | 1,108.91 |
| 3214 | CHAM | Champion Builders | 04/08/2018 | | 4 | 2018 | HAND | 15,000.00 | 0.00 | 15,000.00 |
| 3215 | CHAM | Champion Builders | 04/11/2018 | | 4 | 2018 | HAND | 25,000.00 | 0.00 | 25,000.00 |
| 3216 | CHAM | Champion Builders | 04/12/2018 | | 4 | 2018 | HAND | 60,000.00 | 0.00 | 60,000.00 |
| 3217 | CHAM | Champion Builders | 04/18/2018 | | 4 | 2018 | HAND | 20,000.00 | 0.00 | 20,000.00 |
| 3218 | ALLI | ALLIANCE BANK | 04/30/2018 | | 4 | 2018 | HAND | 905.02 | 0.00 | 905.02 |
| 10847 | MISC | MISC | 11/30/2017 | | 11 | 2017 | VOID | -395.00 | 0.00 | -395.00 |
| 12417 | VICE | Vicente Lopez | 11/30/2017 | | 11 | 2017 | VOID | -15.00 | 0.00 | -15.00 |
| 13620 | SCOM | Scott Murray | 11/28/2017 | | 11 | 2017 | HAND | 200.00 | 0.00 | 200.00 |
| 13621 | BRYAN | Bryan Murray | 11/28/2017 | | 11 | 2017 | HAND | 100.00 | 0.00 | 100.00 |
| 13719 | RAMM | Ramm Insurance Agency | 06/30/2018 | | 6 | 2018 | VOID | -370.00 | 0.00 | -370.00 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs, LLC

5 : Page #
By Check : Selection

APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 13769 | FIVM | Five Star Masonry | 11/30/2017 | | 11 | 2018 | VOID | -940.90 | 0.00 | -940.90 |
| 14079 | CLERK | Kansas Payment Center | 06/01/2018 | | 6 | 2017 | REG | 621.23 | 0.00 | 621.23 |
| 14325 | ALLI | ALLIANCE BANK | 10/06/2017 | | 10 | 2017 | REG | 1,323.69 | 0.00 | 1,323.69 |
| 14326 | AT&T | AT&T | 10/06/2017 | | 10 | 2017 | REG | 278.49 | 0.00 | 278.49 |
| 14327 | BCBS | Blue Cross & Blue Sheild | 10/06/2017 | | 10 | 2017 | REG | 1,447.25 | 0.00 | 1,447.25 |
| 14328 | CARTER | Carter Waters | 10/06/2017 | | 10 | 2017 | REG | 35.70 | 0.00 | 35.70 |
| 14329 | CONS | Construction Specialties | 10/06/2017 | | 10 | 2017 | REG | 1,146.00 | 0.00 | 1,146.00 |
| 14330 | DPI | DPI | 10/06/2017 | | 10 | 2017 | REG | 181.33 | 0.00 | 181.33 |
| 14331 | DREX | Drexel Technologies | 10/06/2017 | | 10 | 2017 | REG | 114.39 | 0.00 | 114.39 |
| 14332 | EDBO | Ed Bozarth | 10/06/2017 | | 10 | 2017 | REG | 77.28 | 0.00 | 77.28 |
| 14333 | HOME | The Home Depot | 10/06/2017 | | 10 | 2017 | REG | 4,029.28 | 0.00 | 4,029.28 |
| 14334 | CLERK | Kansas Payment Center | 10/06/2017 | | 10 | 2017 | REG | 621.23 | 0.00 | 621.23 |
| 14335 | KBIW | kbiwcf | 10/06/2017 | | 10 | 2017 | REG | 755.09 | 0.00 | 755.09 |
| 14336 | MCCR | McCray Lumber | 10/06/2017 | | 10 | 2017 | REG | 710.69 | 14.21 | 696.48 |
| 14337 | MIDWAY | MIDWAY Midway Wholesale | 10/06/2017 | | 10 | 2017 | REG | 316.37 | 3.17 | 313.20 |
| 14338 | OREI | O'reilly | 10/06/2017 | | 10 | 2017 | REG | 109.05 | 2.18 | 106.87 |
| 14339 | SAMS | Sam's Club | 10/06/2017 | | 10 | 2017 | REG | 535.87 | 0.00 | 535.87 |
| 14340 | SHAWN | Shawnee County Rural | 10/06/2017 | | 10 | 2017 | REG | 73.76 | 0.00 | 73.76 |
| 14341 | TOPBLU | Topeka Blue Print Co. | 10/06/2017 | | 10 | 2017 | REG | 720.66 | 0.00 | 720.66 |
| 14342 | TOPH | Topeka Home Builders | 10/06/2017 | | 10 | 2017 | REG | 426.00 | 0.00 | 426.00 |
| 14343 | UNITRE | United Rentals | 10/06/2017 | | 10 | 2017 | REG | 837.67 | 0.00 | 837.67 |
| 14344 | CULP | Todd Culp | 10/11/2017 | | 10 | 2017 | REG | 175.00 | 0.00 | 175.00 |
| 14345 | DPII | DPI | 10/11/2017 | | 10 | 2017 | REG | 199.53 | 0.00 | 199.53 |
| 14346 | GREGH | Greg Hughes | 10/11/2017 | | 10 | 2017 | REG | 509.30 | 0.00 | 509.30 |
| 14347 | CLERK | Kansas Payment Center | 10/11/2017 | | 10 | 2017 | REG | 621.23 | 0.00 | 621.23 |
| 14348 | LARD | Laird Noller Ford | 10/11/2017 | | 10 | 2017 | REG | 308.33 | 0.00 | 308.33 |
| 14349 | SALISB | Salisbury Supply Co. | 10/11/2017 | | 10 | 2017 | REG | 673.95 | 0.00 | 673.95 |
| 14352 | CLERK | Kansas Payment Center | 10/20/2017 | | 10 | 2017 | HAND | 621.23 | 0.00 | 621.23 |
| 14353 | DREW | FOUNDATION BUILDING MATE AND Drewco | 10/18/2017 | | 10 | 2017 | REG | 46,811.29 | 0.00 | 46,811.29 |
| 14354 | DREW | UNITED RENTALS AND Drewco | 10/18/2017 | | 10 | 2017 | REG | 10,875.52 | 0.00 | 10,875.52 |
| 14355 | BCBS | Blue Cross & Blue Sheild | 10/19/2017 | | 10 | 2017 | REG | 1,447.25 | 0.00 | 1,447.25 |
| 14356 | FRSE | FreeState Electric | 10/19/2017 | | 10 | 2017 | REG | 634.00 | 0.00 | 634.00 |
| 14357 | INLA | Inland Service Corp | 10/19/2017 | | 10 | 2017 | REG | 62.01 | 0.00 | 62.01 |
| 14358 | LND | Lindsay Duncan | 10/19/2017 | | 10 | 2017 | REG | 65.00 | 0.00 | 65.00 |
| 14359 | PHILLI | Phillips 66 Co. | 10/19/2017 | | 10 | 2017 | REG | 2,359.66 | 0.00 | 2,359.66 |
| 14360 | BRCA | Bryan Casillas | 10/24/2017 | | 10 | 2017 | REG | 170.00 | 0.00 | 170.00 |
| 14361 | BARRY | Barry Law Offices, L.L.C | 10/26/2017 | | 10 | 2017 | HAND | 5,000.00 | 0.00 | 5,000.00 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs, LLC

6 : Page #
By Check : Selection
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14362 | CLERK | Kansas Payment Center | 10/27/2017 | | 10 | 2017 | HAND | 621.23 | 0.00 | 621.23 |
| 14363 | REGE | Regents Flooring Co | 10/26/2017 | | 10 | 2017 | REG | 33,192.90 | 0.00 | 33,192.90 |
| 14364 | VERI | Verizon | 10/26/2017 | | 10 | 2017 | REG | 146.52 | 0.00 | 146.52 |
| 14365 | GEIG | Geiger Ready Mix | 10/27/2017 | | 10 | 2017 | REG | 4,442.13 | 0.00 | 4,442.13 |
| 14366 | AAAM | AAA Club | 10/31/2017 | | 10 | 2017 | REG | 119.75 | 0.00 | 119.75 |
| 14367 | ALLI | ALLIANCE BANK | 10/31/2017 | | 10 | 2017 | REG | 4,010.09 | 0.00 | 4,010.09 |
| 14368 | AUTO | Auto-Owners Insurance | 10/31/2017 | | 10 | 2017 | REG | 2,482.05 | 0.00 | 2,482.05 |
| 14369 | CDCO | CD Construction & Remode | 10/31/2017 | | 10 | 2017 | REG | 390.00 | 0.00 | 390.00 |
| 14370 | CONW | Continental Western | 10/31/2017 | | 10 | 2017 | REG | 890.00 | 0.00 | 890.00 |
| 14371 | ENRI | Enrique Robles | 10/31/2017 | | 10 | 2017 | REG | 224.00 | 0.00 | 224.00 |
| 14372 | GERK | Gerken Rental | 10/31/2017 | | 10 | 2017 | REG | 24.44 | 0.00 | 24.44 |
| 14373 | HOME | The Home Depot | 10/31/2017 | | 10 | 2017 | REG | 408.96 | 0.00 | 408.96 |
| 14374 | KBIW | kbiwcf | 10/31/2017 | | 10 | 2017 | REG | 468.58 | 0.00 | 468.58 |
| 14375 | LAIRD | Laird Noller Ford | 10/31/2017 | | 10 | 2017 | REG | 207.11 | 0.00 | 207.11 |
| 14376 | REW | Rew Materials | 10/31/2017 | | 10 | 2017 | REG | 78.81 | 0.79 | 78.02 |
| 14377 | APAC | APAC-Kansas, Inc.; Shear | 11/09/2017 | | 11 | 2017 | REG | 180.00 | 0.00 | 180.00 |
| 14378 | AT&T | AT&T | 11/09/2017 | | 11 | 2017 | REG | 282.81 | 0.00 | 282.81 |
| 14379 | CAPITO | Capitol Concrete Product | 11/09/2017 | | 11 | 2017 | REG | 2,790.00 | 0.00 | 2,790.00 |
| 14380 | CARTER | Carter Waters | 11/09/2017 | | 11 | 2017 | REG | 32.29 | 0.00 | 32.29 |
| 14381 | DPII | DPI | 11/09/2017 | | 11 | 2017 | REG | 171.15 | 0.00 | 171.15 |
| 14382 | DPII | DPI | 11/09/2017 | | 11 | 2017 | REG | 177.70 | 0.00 | 177.70 |
| 14383 | DREX | Drexel Technologies | 11/09/2017 | | 11 | 2017 | REG | 142.88 | 0.00 | 142.88 |
| 14384 | EDBO | Ed Bozarth | 11/09/2017 | | 11 | 2017 | REG | 275.18 | 0.00 | 275.18 |
| 14385 | EDUA | Eduardo Torres | 11/09/2017 | | 11 | 2017 | REG | 128.00 | 0.00 | 128.00 |
| 14386 | GEIG | Geiger Ready Mix | 11/09/2017 | | 11 | 2017 | REG | 1,041.57 | 0.00 | 1,041.57 |
| 14387 | CLERK | Kansas Payment Center | 11/09/2017 | | 11 | 2017 | REG | 621.23 | 0.00 | 621.23 |
| 14388 | CLERK | Kansas Payment Center | 11/09/2017 | | 11 | 2017 | REG | 621.23 | 0.00 | 621.23 |
| 14389 | LUIM | Luis Vega | 11/09/2017 | | 11 | 2017 | REG | 152.00 | 0.00 | 152.00 |
| 14390 | MCCR | McCray Lumber | 11/09/2017 | | 11 | 2017 | REG | 482.02 | 8.83 | 473.19 |
| 14391 | MENA | Menards | 11/09/2017 | | 11 | 2017 | REG | 745.02 | 0.00 | 745.02 |
| 14392 | OREI | O'reilly | 11/09/2017 | | 11 | 2017 | REG | 146.31 | 2.93 | 143.38 |
| 14393 | PHILLI | Phillips 66 Co. | 11/09/2017 | | 11 | 2017 | REG | 2,149.98 | 0.00 | 2,149.98 |
| 14394 | SAMS | Sam's Club | 11/09/2017 | | 11 | 2017 | REG | 235.89 | 0.00 | 235.89 |
| 14395 | SHAWN | Shawnee County Rural | 11/09/2017 | | 11 | 2017 | REG | 82.58 | 0.00 | 82.58 |
| 14396 | FAST | Fastsigns | 11/09/2017 | | 11 | 2017 | REG | 1,761.53 | 0.00 | 1,761.53 |
| 14397 | CLERK | Kansas Payment Center | 11/17/2017 | | 11 | 2017 | HAND | 621.23 | 0.00 | 621.23 |
| 14398 | CLERK | Kansas Payment Center | 11/24/2017 | | 11 | 2017 | HAND | 621.23 | 0.00 | 621.23 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs., LLC
By Check : Selection

7 : Page #
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14399 | STAR | Starbuilder | 11/13/2017 | | 11 | 2017 | HAND | 278.24 | 0.00 | 278.24 |
| 14400 | BCBS | Blue Cross & Blue Sheild | 11/15/2017 | | 11 | 2017 | REG | 1,447.25 | 0.00 | 1,447.25 |
| 14401 | CITY | City of Lawrence | 11/15/2017 | | 11 | 2017 | REG | 65.00 | 0.00 | 65.00 |
| 14402 | FERR | Ferrellgas | 11/15/2017 | | 11 | 2017 | REG | 765.38 | 0.00 | 765.38 |
| 14403 | GREG | Greg Murray | 11/15/2017 | | 11 | 2017 | REG | 975.01 | 0.00 | 975.01 |
| 14404 | INLA | Inland Service Corp | 11/15/2017 | | 11 | 2017 | REG | 62.01 | 0.00 | 62.01 |
| 14405 | K&G | K & G Striping, Inc. | 11/15/2017 | | 11 | 2017 | REG | 9,595.80 | 0.30 | 9,595.80 |
| 14406 | MIDWAY | Midway Wholesale | 11/15/2017 | | 11 | 2017 | REG | 29.96 | 0.00 | 29.66 |
| 14407 | SHERWI | Sherwin-Williams Co. | 11/15/2017 | | 11 | 2017 | REG | 149.85 | 0.00 | 149.85 |
| 14408 | VERI | Verizon | 11/15/2017 | | 11 | 2017 | REG | 40.93 | 0.00 | 40.93 |
| 14409 | MISC | MISC | 11/21/2017 | | 11 | 2017 | HAND | 41.00 | 0.00 | 41.00 |
| 14410 | MISC | MISC | 11/22/2017 | | 11 | 2017 | HAND | 76.41 | 0.00 | 76.41 |
| 14411 | BRCA | Bryan Casillas | 11/21/2017 | | 11 | 2017 | HAND | 285.00 | 0.00 | 285.00 |
| 14412 | MISC | MISC | 11/21/2017 | | 11 | 2017 | HAND | 285.00 | 0.00 | 285.00 |
| 14413 | MISC | MISC | 11/21/2017 | | 11 | 2017 | HAND | 104.00 | 0.00 | 104.00 |
| 14414 | MISC | MISC | 11/21/2017 | | 11 | 2017 | HAND | 123.50 | 0.00 | 123.50 |
| 14415 | ELEC | Electrolife Starter | 11/28/2017 | | 11 | 2017 | HAND | 43.66 | 0.00 | 43.66 |
| 14416 | MURS | Murray & Sons | 12/01/2017 | | 12 | 2017 | HAND | 100.00 | 0.00 | 100.00 |
| 14417 | GREG | Greg Murray | 12/01/2017 | | 12 | 2017 | HAND | 200.00 | 0.00 | 200.00 |
| 14418 | WASH | Washburn Rural | 12/06/2017 | | 12 | 2017 | HAND | 125.00 | 0.00 | 125.00 |
| 14419 | CULP | Todd Culp | 01/08/2018 | | 1 | 2018 | HAND | 450.00 | 0.00 | 450.00 |
| 14420 | GREG | Greg Murray | 12/19/2017 | | 12 | 2017 | HAND | 2,000.00 | 0.00 | 2,000.00 |
| 14421 | MISC | MISC | 12/19/2017 | | 12 | 2017 | HAND | 76.41 | 0.00 | 76.41 |
| 14422 | GREG | Greg Murray | 12/08/2017 | | 12 | 2017 | HAND | 200.00 | 0.00 | 200.00 |
| 14423 | ALLI | ALLIANCE BANK | 12/15/2017 | | 12 | 2017 | REG | 3,905.73 | 0.00 | 3,905.73 |
| 14424 | AT&T | AT&T | 12/15/2017 | | 12 | 2017 | REG | 278.83 | 0.00 | 278.83 |
| 14425 | AUTO | Auto-Owners Insurance | 12/15/2017 | | 12 | 2017 | REG | 2,482.05 | 0.00 | 2,482.05 |
| 14426 | C5MA | C5 Manufacturing | 12/15/2017 | | 12 | 2017 | REG | 565.38 | 0.00 | 565.38 |
| 14427 | CONW | Continental Western | 12/15/2017 | | 12 | 2017 | REG | 890.00 | 0.00 | 890.00 |
| 14428 | DPII | DPI | 12/15/2017 | | 12 | 2017 | REG | 171.15 | 0.00 | 171.15 |
| 14429 | DPII | DPI | 12/15/2017 | | 12 | 2017 | REG | 16.28 | 0.00 | 16.28 |
| 14430 | FRSE | FreeState Electric | 12/15/2017 | | 12 | 2017 | REG | 603.80 | 0.00 | 603.80 |
| 14431 | HOME | The Home Depot | 12/15/2017 | | 12 | 2017 | REG | 1,567.97 | 0.00 | 1,567.97 |
| 14432 | JOCO | Johnson County Contracto | 12/15/2017 | | 12 | 2017 | REG | 225.00 | 0.00 | 225.00 |
| 14433 | CLERK | Kansas Payment Center | 12/15/2017 | | 12 | 2017 | REG | 621.23 | 0.00 | 621.23 |
| 14434 | CLERK | Kansas Payment Center | 12/15/2017 | | 12 | 2017 | REG | 621.23 | 0.00 | 621.23 |
| 14435 | CLERK | Kansas Payment Center | 12/15/2017 | | 12 | 2017 | REG | 621.23 | 0.00 | 621.23 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs., LLC

8 : Page #
By Check : Selection
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14436 | KBIW | Kbiwcf | 12/15/2017 | | 12 | 2017 | REG | 659.08 | 0.00 | 659.08 |
| 14437 | LAIRD | Laird Noller Ford | 12/15/2017 | | 12 | 2017 | REG | 1,242.67 | 0.00 | 1,242.67 |
| 14438 | OREI | O'reilly | 12/15/2017 | | 12 | 2017 | REG | 65.83 | 0.00 | 65.83 |
| 14439 | PHILLI | Phillips 66 Co. | 12/15/2017 | | 12 | 2017 | REG | 1,457.74 | 0.00 | 1,457.74 |
| 14440 | SAMS | Sam's Club | 12/15/2017 | | 12 | 2017 | REG | 384.99 | 0.00 | 384.99 |
| 14441 | SHAWN | Shawnee County Rural | 12/15/2017 | | 12 | 2017 | REG | 73.08 | 0.00 | 73.08 |
| 14442 | SUNFLO | Sunflower Rents | 12/15/2017 | | 12 | 2017 | REG | 573.00 | 0.00 | 573.00 |
| 14443 | VERI | Verizon | 12/15/2017 | | 12 | 2017 | REG | 44.15 | 0.00 | 44.15 |
| 14444 | KANSAI | Kansas Dept of Revenue | 12/15/2017 | | 12 | 2017 | HAND | 563.86 | 0.00 | 563.86 |
| 14445 | MIDC | Midwest Concrete Solutio | 12/22/2017 | | 12 | 2017 | REG | 10,003.50 | 0.00 | 10,003.50 |
| 14446 | GREG | Greg Murray | 12/31/2017 | | 12 | 2017 | HAND | 2,000.00 | 0.00 | 2,000.00 |
| 14447 | ALLI | ALLIANCE BANK | 12/28/2017 | | 12 | 2017 | REG | 4,035.08 | 0.00 | 4,035.08 |
| 14448 | CONW | Continental Western | 12/28/2017 | | 12 | 2017 | REG | 885.00 | 0.00 | 885.00 |
| 14449 | DREX | Drexel Technologies | 12/28/2017 | | 12 | 2017 | REG | 149.31 | 0.00 | 149.31 |
| 14450 | FASTEN | Fastenal Company | 12/28/2017 | | 12 | 2017 | REG | 5.78 | 0.00 | 5.78 |
| 14451 | FRSE | FreeState Electric | 12/28/2017 | | 12 | 2017 | REG | 440.00 | 0.00 | 440.00 |
| 14452 | GREGH | Greg Hughes | 12/28/2017 | | 12 | 2017 | REG | 192.60 | 0.00 | 192.60 |
| 14453 | INLA | Inland Service Corp | 12/28/2017 | | 12 | 2017 | REG | 62.01 | 0.00 | 62.01 |
| 14454 | OLSS | Olsson Associates | 12/28/2017 | | 12 | 2017 | REG | 304.50 | 0.00 | 304.50 |
| 14455 | AUTO | Auto-Owners Insurance | 12/20/2017 | | 12 | 2017 | REG | 2,692.82 | 0.00 | 2,692.82 |
| 14456 | CLERK | Kansas Payment Center | 12/29/2017 | | 12 | 2017 | REG | 621.23 | 0.00 | 621.23 |
| 14457 | CLERK | Kansas Payment Center | 12/22/2017 | | 12 | 2017 | HAND | 621.23 | 0.00 | 621.23 |
| 14458 | COMC | Combes Construction, LLC | 12/31/2017 | | 12 | 2017 | HAND | 279,049.45 | 0.00 | 279,049.45 |
| 14459 | POSTOF | U S Postmaster | 01/04/2018 | | 12 | 2017 | REG | 147.00 | 0.00 | 147.00 |
| 14460 | PARE | Paredes Construction | 12/31/2017 | | 12 | 2017 | REG | 5,373.73 | 0.00 | 5,373.73 |
| 14461 | ABBEYS | Abbey-Simons Co. | 12/31/2017 | | 12 | 2017 | REG | 3,219.30 | 0.00 | 3,219.30 |
| 14462 | CA-W | Carnahan-White | 12/31/2017 | | 12 | 2017 | REG | 3,267.00 | 0.00 | 3,267.00 |
| 14463 | DAHM | Dahmer Construction | 12/31/2017 | | 12 | 2017 | REG | 8,240.40 | 0.00 | 8,240.40 |
| 14464 | REGE | Regens Flooring Co | 12/31/2017 | | 12 | 2017 | REG | 13,641.30 | 0.00 | 13,641.30 |
| 14465 | UME | Universal Mech & Elect | 01/08/2018 | | 1 | 2018 | REG | 117,881.74 | 0.00 | 117,881.74 |
| 14466 | BAMF | Bamford Fire | 01/08/2018 | | 1 | 2018 | REG | 469.80 | 0.00 | 469.80 |
| 14467 | BCIM | BCI Mechanical | 01/08/2018 | | 1 | 2018 | REG | 42,676.02 | 0.00 | 42,676.02 |
| 14468 | CHIL | Childress Painting | 01/08/2018 | | 1 | 2018 | REG | 2,311.47 | 0.00 | 2,311.47 |
| 14469 | D&HR | D & H Restoration | 01/08/2018 | | 1 | 2018 | REG | 4,320.00 | 0.00 | 4,320.00 |
| 14470 | DELR | Delta Roofing | 01/08/2018 | | 1 | 2018 | REG | 35,712.52 | 0.00 | 35,712.52 |
| 14471 | KANC | Kansas City Mechanical | 01/08/2018 | | 1 | 2018 | REG | 315.00 | 0.00 | 315.00 |
| 14472 | KRB | Kirberg Company | 01/08/2018 | | 1 | 2018 | REG | 76,937.94 | 0.00 | 76,937.94 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs, LLC

9 : Page #
By Check : Selection
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14473 | TEMP | Temp-Con | 01/08/2018 | | 1 | 2018 | REG | 7,483.50 | 0.00 | 7,483.50 |
| 14474 | TOPEK | Topeka Foundry & Iron Wo | 01/08/2018 | | 1 | 2018 | REG | 2,475.00 | 0.00 | 2,475.00 |
| 14475 | FIVM | Five Star Masonry | 01/08/2018 | | 1 | 2018 | REG | 210,000.00 | 0.00 | 210,000.00 |
| 14476 | AT&T | AT&T | 01/08/2018 | | 1 | 2018 | REG | 275.08 | 0.00 | 275.08 |
| 14477 | BCBS | Blue Cross & Blue Sheild | 01/08/2018 | | 1 | 2018 | REG | 5,285.14 | 0.00 | 5,285.14 |
| 14478 | DPI | DPI | 01/08/2018 | | 1 | 2018 | REG | 171.15 | 0.00 | 171.15 |
| 14479 | DREX | Drexel Technologies | 01/08/2018 | | 1 | 2018 | REG | 92.78 | 0.00 | 92.78 |
| 14480 | GREGH | Greg Hughes | 01/08/2018 | | 1 | 2018 | REG | 116.00 | 0.00 | 116.00 |
| 14481 | HOME | The Home Depot | 01/08/2018 | | 1 | 2018 | REG | 532.25 | 0.00 | 532.25 |
| 14482 | CLERK | Kansas Payment Center | 01/08/2018 | | 1 | 2018 | REG | 621.23 | 0.00 | 621.23 |
| 14483 | CLERK | Kansas Payment Center | 01/08/2018 | | 1 | 2018 | REG | 621.23 | 0.00 | 621.23 |
| 14484 | KBIW | kbiwcf | 01/08/2018 | | 1 | 2018 | REG | 269.77 | 0.00 | 269.77 |
| 14485 | KCSI | KC Sign Express, Inc. | 01/08/2018 | | 1 | 2018 | REG | 1,900.00 | 0.00 | 1,900.00 |
| 14486 | LAIRD | Laird Noller Ford | 01/08/2018 | | 1 | 2018 | REG | 1,811.45 | 0.00 | 1,811.45 |
| 14487 | MENA | Menards | 01/08/2018 | | 1 | 2018 | REG | 156.58 | 0.00 | 156.58 |
| 14488 | OREI | O'reilly | 01/08/2018 | | 1 | 2018 | REG | 7.08 | 0.14 | 6.94 |
| 14489 | PREM | Premier Farm Supply | 01/08/2018 | | 1 | 2018 | REG | 36.90 | 0.00 | 36.90 |
| 14490 | SAMS | Sam's Club | 01/08/2018 | | 1 | 2018 | REG | 297.83 | 0.00 | 297.83 |
| 14491 | SHAWN | Shawnee County Rural | 01/08/2018 | | 1 | 2018 | REG | 57.91 | 0.00 | 57.91 |
| 14492 | WASH | Washburn Rural | 01/11/2018 | | 1 | 2018 | HAND | 300.00 | 0.00 | 300.00 |
| 14493 | CLERK | Kansas Payment Center | 01/11/2018 | | 1 | 2018 | HAND | 621.23 | 0.00 | 621.23 |
| 14494 | ALLI | ALLIANCE BANK | 01/22/2018 | | 1 | 2018 | HAND | 4,277.99 | 0.00 | 4,277.99 |
| 14495 | BARRY | Barry Law Offices, L.L.C | 01/22/2018 | | 1 | 2018 | REG | 15,562.50 | 0.00 | 15,562.50 |
| 14496 | CONW | Continental Western | 01/22/2018 | | 1 | 2018 | REG | 910.00 | 0.00 | 910.00 |
| 14497 | LANT | Lan-Tel | 01/22/2018 | | 1 | 2018 | REG | 13,661.11 | 0.00 | 13,661.11 |
| 14498 | MEYER | Meyer Construction Speci | 01/22/2018 | | 1 | 2018 | REG | 2,496.53 | 0.00 | 2,496.53 |
| 14499 | PHILLI | Phillips 66 Co. | 01/22/2018 | | 1 | 2018 | REG | 1,088.02 | 0.00 | 1,088.02 |
| 14500 | REGE | Regents Flooring Co | 01/22/2018 | | 1 | 2018 | REG | 21,118.98 | 0.00 | 21,118.98 |
| 14501 | OFFICE | Office Depot | 01/22/2018 | | 1 | 2018 | HAND | 120.00 | 0.00 | 120.00 |
| 14502 | C&CG | C & C Group | 01/23/2018 | | 1 | 2018 | REG | 5,504.20 | 0.00 | 5,504.20 |
| 14503 | CINTEX | Cintex Termite & Pest Co | 01/23/2018 | | 1 | 2018 | REG | 1,094.40 | 0.00 | 1,094.40 |
| 14504 | FRSE | FreeState Electric | 01/23/2018 | | 1 | 2018 | REG | 584.00 | 0.00 | 584.00 |
| 14505 | INLA | Inland Service Corp | 01/23/2018 | | 1 | 2018 | REG | 64.91 | 0.00 | 64.91 |
| 14506 | MAST | Master Mark Sign | 01/23/2018 | | 1 | 2018 | REG | 2,183.48 | 0.00 | 2,183.48 |
| 14507 | TREASU | Shawnee County Treasurer | 01/23/2018 | | 1 | 2018 | REG | 17,545.98 | 0.00 | 17,545.98 |
| 14508 | DERB | Derby Steel Tech | 01/23/2018 | | 1 | 2018 | REG | 5,803.50 | 0.00 | 5,803.50 |
| 14509 | CBSM | CBS Manhattan | 01/23/2018 | | 1 | 2018 | REG | 31,487.94 | 0.00 | 31,487.94 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs, LLC

10 : Page #
By Check : Selection
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14510 | GREG | Greg Murray | 01/29/2018 | 1 | 1 | 2018 | HAND | 2,200.00 | 0.00 | 2,200.00 |
| 14511 | ACSE | ACS Electronic | 01/31/2018 | 1 | 1 | 2018 | REG | 18,702.00 | 0.00 | 18,702.00 |
| 14512 | EMBL | Embassy landscape | 01/31/2018 | 1 | 1 | 2018 | REG | 7,182.00 | 0.00 | 7,182.00 |
| 14513 | EPOX | Epoxy Coating | 01/31/2018 | 1 | 1 | 2018 | REG | 27,305.10 | 0.00 | 27,305.10 |
| 14514 | AT&T | AT&T | 02/06/2018 | 1 | 1 | 2018 | REG | 276.89 | 0.00 | 276.89 |
| 14515 | AUTO | Auto-Owners Insurance | 02/06/2018 | 1 | 1 | 2018 | REG | 2,360.29 | 0.00 | 2,360.29 |
| 14516 | CHIL | Childress Painting | 02/06/2018 | | 2 | 2018 | REG | 125.00 | 0.00 | 125.00 |
| 14517 | DPII | DPI | 02/06/2018 | | 2 | 2018 | REG | 67.12 | 0.00 | 67.12 |
| 14518 | DPII | DPI | 02/06/2018 | | 2 | 2018 | REG | 99.65 | 0.00 | 99.65 |
| 14519 | DREX | Drexel Technologies | 02/06/2018 | | 2 | 2018 | REG | 464.83 | 0.00 | 464.83 |
| 14520 | FERR | Ferrellgas | 02/06/2018 | | 2 | 2018 | REG | 92.47 | 0.00 | 92.47 |
| 14521 | HOME | The Home Depot | 02/06/2018 | | 2 | 2018 | REG | 621.23 | 0.00 | 621.23 |
| 14522 | CLERK | Kansas Payment Center | 02/06/2018 | | 2 | 2018 | REG | 328.38 | 6.57 | 321.81 |
| 14523 | OREI | O'reilly | 02/06/2018 | | 2 | 2018 | REG | 349.37 | 0.00 | 349.37 |
| 14524 | SAMS | Sam's Club | 02/06/2018 | | 2 | 2018 | REG | 398.89 | 0.00 | 398.89 |
| 14525 | TOPBLU | Topeka Blue Print Co. | 02/06/2018 | | 2 | 2018 | REG | 49.82 | 0.00 | 49.82 |
| 14526 | VERI | Verizon | 02/06/2018 | | 2 | 2018 | REG | 395.96 | 0.00 | 395.96 |
| 14527 | EDBO | Ed Bozarth | 02/07/2018 | | 2 | 2018 | REG | 667.00 | 0.00 | 667.00 |
| 14528 | SCLH | SCL Health | 01/29/2018 | | 2 | 2018 | HAND | 52.39 | 0.00 | 52.39 |
| 14529 | PIZZ | Pizza Hut | 02/08/2018 | | 2 | 2018 | REG | 147.00 | 0.00 | 147.00 |
| 14530 | LIND | Lindsay Duncan | 02/17/2018 | | 2 | 2018 | HAND | 4,000.00 | 0.00 | 4,000.00 |
| 14531 | GREG | Greg Murray | 02/15/2018 | | 2 | 2018 | REG | 56.21 | 0.00 | 56.21 |
| 14532 | EDBO | Ed Bozarth | 02/15/2018 | | 2 | 2018 | REG | 1,524.55 | 0.00 | 1,524.55 |
| 14533 | EDEL | Edelman-Lyon Co. | 02/15/2018 | | 2 | 2018 | REG | 623.19 | 0.00 | 623.19 |
| 14533 | GCR | GCR Topeka Truck Tire | 02/15/2018 | | 2 | 2018 | REG | 972.39 | 0.00 | 972.39 |
| 14534 | PHILLI | Phillips 66 Co. | 02/15/2018 | | 2 | 2018 | REG | 54.33 | 0.00 | 54.33 |
| 14535 | SHAWN | Shawnee County Rural | 02/15/2018 | | 2 | 2018 | REG | 113.53 | 0.00 | 113.53 |
| 14536 | TREASU | Shawnee County Treasurer | 02/15/2018 | | 2 | 2018 | REG | 171.15 | 0.00 | 171.15 |
| 14537 | DPII | DPI | 02/10/2018 | | 2 | 2018 | REG | 11,093.21 | 0.00 | 11,093.21 |
| 14538 | ENTG | Envision Technology | 02/15/2018 | | 2 | 2018 | REG | 6,336.16 | 0.00 | 6,336.16 |
| 14539 | INTS | Interior Surface ENT | 02/15/2018 | | 2 | 2018 | REG | 1,270.70 | 0.00 | 1,270.70 |
| 14540 | K&G | K & G Striping, Inc. | 02/15/2018 | | 2 | 2018 | REG | 7,101.13 | 0.00 | 7,101.13 |
| 14541 | SEAL | Seal-O-Matic | 02/15/2018 | | 2 | 2018 | REG | 3,567.70 | 0.00 | 3,567.70 |
| 14542 | WOND | Won-Door Corporation | 02/15/2018 | | 2 | 2018 | REG | 2,270.30 | 0.00 | 2,270.30 |
| 14543 | PLAT | Platinum Visual | 02/19/2018 | | 2 | 2018 | REG | 6,708.00 | 0.00 | 6,708.00 |
| 14544 | WENG | Wenger | 02/19/2018 | | 2 | 2018 | REG | | | |
| 14546 | GREG | Greg Murray | 02/21/2018 | | 2 | 2018 | HAND | 300.00 | 0.00 | 300.00 |
| 14547 | EDBO | Ed Bozarth | 02/24/2018 | | 2 | 2018 | HAND | 11,987.30 | 0.00 | 11,987.30 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs, LLC

11 : Page #
By Check : Selection
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14548 | GREG | Greg Murray | 02/27/2018 | | 2 | 2018 | HAND | 2,000.00 | 0.00 | 2,000.00 |
| 14549 | CLERK | Kansas Payment Center | 02/28/2018 | | 2 | 2018 | REG | 1,863.69 | 0.00 | 1,863.69 |
| 14550 | ALLI | ALLIANCE BANK | 03/06/2018 | | 3 | 2018 | REG | 3,746.49 | 0.00 | 3,746.49 |
| 14551 | AT&T | AT&T | 03/06/2018 | | 3 | 2018 | REG | 285.72 | 0.00 | 285.72 |
| 14552 | AUTO | Auto-Owners Insurance | 03/06/2018 | | 3 | 2018 | REG | 2,360.30 | 0.00 | 2,360.30 |
| 14553 | BCBS | Blue Cross & Blue Shield | 03/06/2018 | | 3 | 2018 | REG | 2,610.82 | 0.00 | 2,610.82 |
| 14554 | CITYWA | City of Topeka | 03/31/2018 | | 3 | 2018 | REG | 38,623.74 | 0.00 | 38,623.74 |
| 14554 | CITYWA | City of Topeka | 03/31/2018 | | 3 | 2018 | VOID | -19,608.25 | 0.00 | -19,608.25 |
| 14555 | CONW | Continental Western | 03/06/2018 | | 3 | 2018 | REG | 890.00 | 0.00 | 890.00 |
| 14556 | DPII | DPI | 03/06/2018 | | 3 | 2018 | REG | 171.15 | 0.00 | 171.15 |
| 14557 | DREX | Drexel Technologies | 03/06/2018 | | 3 | 2018 | REG | 118.48 | 0.00 | 118.48 |
| 14558 | FRSE | FreeState Electric | 03/06/2018 | | 3 | 2018 | REG | 554.27 | 0.00 | 554.27 |
| 14559 | HOME | The Home Depot | 03/06/2018 | | 3 | 2018 | REG | 59.02 | 0.00 | 59.02 |
| 14560 | INLA | Inland Service Corp | 03/06/2018 | | 3 | 2018 | REG | 64.91 | 0.00 | 64.91 |
| 14561 | LARR | Larry Bair Excavating | 03/06/2018 | | 3 | 2018 | REG | 1,805.00 | 0.00 | 1,805.00 |
| 14562 | POSTOF | U S Postmaster | 03/06/2018 | | 3 | 2018 | REG | 90.00 | 0.00 | 90.00 |
| 14563 | SAMS | Sam's Club | 03/06/2018 | | 3 | 2018 | REG | 704.56 | 0.00 | 704.56 |
| 14564 | SHAWN | Shawnee County Rural | 03/06/2018 | | 3 | 2018 | REG | 58.60 | 0.00 | 58.60 |
| 14565 | TREASU | Shawnee County Treasurer | 03/06/2018 | | 3 | 2018 | REG | 158.16 | 0.00 | 158.16 |
| 14566 | TOPEK | Topeka Foundry & Iron Wo | 03/06/2018 | | 3 | 2018 | REG | 201.93 | 0.00 | 201.93 |
| 14567 | UNITRE | United Rentals | 03/06/2018 | | 3 | 2018 | REG | 2,085.64 | 0.00 | 2,085.64 |
| 14568 | USAS | US Assure | 03/06/2018 | | 3 | 2018 | REG | 5,284.00 | 0.00 | 5,284.00 |
| 14569 | VERI | Verizon | 03/06/2018 | | 3 | 2018 | REG | 93.85 | 0.00 | 93.85 |
| 14570 | CLERK | Kansas Payment Center | 03/07/2018 | | 3 | 2018 | HAND | 641.23 | 0.00 | 641.23 |
| 14571 | CLERK | Kansas Payment Center | 03/09/2018 | | 3 | 2018 | HAND | 641.23 | 0.00 | 641.23 |
| 14572 | BLUT | Blue Thunder | 03/08/2018 | | 3 | 2018 | HAND | 400.00 | 0.00 | 400.00 |
| 14573 | BLUT | Blue Thunder | 03/09/2018 | | 3 | 2018 | HAND | 72.00 | 0.00 | 72.00 |
| 14574 | FELL | Fell Seeding & Mulching | 03/12/2018 | | 3 | 2018 | REG | 82,613.00 | 0.00 | 82,613.00 |
| 14575 | AIA | AIA KANSAS | 03/12/2018 | | 3 | 2018 | REG | 303.35 | 0.00 | 303.35 |
| 14576 | BCBS | Blue Cross & Blue Shield | 03/12/2018 | | 3 | 2018 | REG | 2,642.57 | 0.00 | 2,642.57 |
| 14577 | GREGH | Greg Hughes | 03/12/2018 | | 3 | 2018 | REG | 192.60 | 0.00 | 192.60 |
| 14578 | INLA | Inland Service Corp | 03/12/2018 | | 3 | 2018 | REG | 64.91 | 0.00 | 64.91 |
| 14579 | PHILLI | Phillips 66 Co. | 03/12/2018 | | 3 | 2018 | REG | 915.14 | 0.00 | 915.14 |
| 14580 | VERI | Verizon | 03/12/2018 | | 3 | 2018 | REG | 35.84 | 0.00 | 35.84 |
| 14581 | VERI | Verizon | 03/19/2018 | | 3 | 2018 | HAND | 34.70 | 0.00 | 34.70 |
| 14582 | POSTOF | U S Postmaster | 04/26/2018 | | 4 | 2018 | HAND | 2,387.96 | 0.00 | 2,387.96 |
| 14583 | TREASU | Shawnee County Treasurer | 03/15/2018 | | 3 | 2018 | HAND | 400.00 | 0.00 | 400.00 |
| | GREE | GreenPoint | | | | | | | | |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs., LLC
By Check : Selection

12 : Page #
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14584 | ABBEYS | Abbey-Simons Co. | 03/15/2018 | | 3 | 2018 | REG | 3,419.88 | 0.00 | 3,419.88 |
| 14585 | BYER | Byers Glass | 03/15/2018 | | 3 | 2018 | REG | 44,467.22 | 0.00 | 44,467.22 |
| 14586 | KONE | Kone Elevators | 03/15/2018 | | 3 | 2018 | REG | 8,746.14 | 0.00 | 8,746.14 |
| 14587 | LEIC | Leick Construction, Inc. | 03/15/2018 | | 3 | 2018 | REG | 20,861.00 | 0.00 | 20,861.00 |
| 14588 | CONS | Construction Specialties | 03/15/2018 | | 3 | 2018 | REG | 655.90 | 0.00 | 655.90 |
| 14589 | CA-W | Carnahan-White | 03/15/2018 | | 3 | 2018 | REG | 3,278.91 | 0.00 | 3,278.91 |
| 14590 | CINTEX | Cintex Termite & Pest Co | 03/15/2018 | | 3 | 2018 | REG | 252.36 | 0.00 | 252.36 |
| 14591 | CONT | Contract Decore, Inc. | 03/15/2018 | | 3 | 2018 | REG | 900.00 | 0.00 | 900.00 |
| 14592 | MAST | Master Mark Sign | 03/15/2018 | | 3 | 2018 | REG | 214.33 | 0.00 | 214.33 |
| 14593 | CONS | Construction Specialties | 03/15/2018 | | 3 | 2018 | REG | 372.00 | 0.00 | 372.00 |
| 14594 | ATOZ | A to Z Theatrical | 03/15/2018 | | 3 | 2018 | HAND | 5,722.00 | 0.00 | 5,722.00 |
| 14595 | CITYWA | City of Topeka | 03/15/2018 | | 3 | 2018 | REG | 603.00 | 0.00 | 603.00 |
| 14596 | FRSE | FreeState Electric | 03/15/2018 | | 3 | 2018 | REG | 509.00 | 0.00 | 509.00 |
| 14597 | GREG | Greg Murray | 03/15/2018 | | 3 | 2018 | HAND | 2,200.00 | 0.00 | 2,200.00 |
| 14598 | GREG | Greg Murray | 03/16/2018 | | 3 | 2018 | HAND | 3,000.00 | 0.00 | 3,000.00 |
| 14599 | GREG | Greg Murray | 03/19/2018 | | 3 | 2018 | HAND | 300.00 | 0.00 | 300.00 |
| 14600 | ALLI | ALLIANCE BANK | 03/29/2018 | | 3 | 2018 | REG | 4,147.91 | 0.00 | 4,147.91 |
| 14601 | AMEQ | American Equipment | 03/29/2018 | | 3 | 2018 | REG | 450.00 | 0.00 | 450.00 |
| 14602 | AUTO | Auto-Owners Insurance | 03/29/2018 | | 3 | 2018 | REG | 2,360.31 | 0.00 | 2,360.31 |
| 14603 | CONW | Continental Western | 03/29/2018 | | 3 | 2018 | REG | 890.00 | 0.00 | 890.00 |
| 14604 | FERR | Ferrellgas | 03/29/2018 | | 3 | 2018 | REG | 1,075.96 | 0.00 | 1,075.96 |
| 14605 | GREE | GreenPoint | 03/29/2018 | | 3 | 2018 | REG | 684.10 | 0.00 | 684.10 |
| 14606 | CLERK | Kansas Payment Center | 03/29/2018 | | 3 | 2018 | REG | 1,242.46 | 0.00 | 1,242.46 |
| 14607 | CLERK | Kansas Payment Center | 03/29/2018 | | 3 | 2018 | REG | 621.23 | 0.00 | 621.23 |
| 14608 | SALISB | Salisbury Supply Co. | 03/29/2018 | | 3 | 2018 | REG | 67.74 | 0.00 | 67.74 |
| 14609 | SAMS | Sam's Club | 03/29/2018 | | 3 | 2018 | REG | 73.94 | 0.00 | 73.94 |
| 14610 | TOPEK | Topeka Foundry & Iron Wo | 03/29/2018 | | 3 | 2018 | REG | 16.21 | 0.00 | 16.21 |
| 14611 | OFFICE | Office Depot | 03/30/2018 | | 3 | 2018 | HAND | 287.03 | 0.00 | 287.03 |
| 14612 | AT&T | AT&T | 03/31/2018 | | 3 | 2018 | REG | 282.55 | 0.00 | 282.55 |
| 14613 | AT&T | AT&T | 03/31/2018 | | 3 | 2018 | REG | 15.87 | 0.00 | 15.87 |
| 14614 | EDBO | Ed Bozarth | 03/31/2018 | | 3 | 2018 | REG | 399.51 | 0.00 | 399.51 |
| 14615 | HOME | The Home Depot | 03/31/2018 | | 3 | 2018 | REG | 2,064.48 | 0.00 | 2,064.48 |
| 14616 | LABM | Labor Max | 03/31/2018 | | 3 | 2018 | REG | 60.53 | 0.00 | 60.53 |
| 14617 | SHAWN | Shawnee County Rural | 03/31/2018 | | 3 | 2018 | REG | 306.93 | 0.00 | 306.93 |
| 14618 | CITYWA | City of Topeka | 04/05/2018 | | 4 | 2018 | HAND | 306.93 | 0.00 | 306.93 |
| 14619 | KBIW | kbiwcf | 04/09/2018 | | 4 | 2018 | HAND | 50.00 | 0.00 | 50.00 |
| 14620 | LARR | Larry Bair Excavating | 04/12/2018 | | 4 | 2018 | REG | 59,494.89 | 0.00 | 59,494.89 |
| 14621 | MISC | MISC | 04/20/2018 | | 4 | 2018 | REG | 72.00 | 0.00 | 72.00 |

Case 18-12175   Doc# 1   Filed 11/06/18   Page 58 of 80

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs., LLC
By Check : Selection

13 : Page #
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14622 | BCBS | Blue Cross & Blue Sheild | 04/20/2018 | | 4 | 2018 | REG | 2,642.57 | 0.00 | 2,642.57 |
| 14623 | CONW | Continental Western | 04/20/2018 | | 4 | 2018 | REG | 890.00 | 0.00 | 890.00 |
| 14624 | CWSO | Casework Solutions, LLC | 04/20/2018 | | 4 | 2018 | REG | 1,290.70 | 0.00 | 1,290.70 |
| 14625 | DPII | DPI | 04/20/2018 | | 4 | 2018 | REG | 171.15 | 0.00 | 171.15 |
| 14626 | DPII | DPI | 04/20/2018 | | 4 | 2018 | REG | 236.31 | 0.00 | 236.31 |
| 14627 | DREX | Drexel Technologies | 04/20/2018 | | 4 | 2018 | REG | 97.53 | 0.00 | 97.53 |
| 14628 | EDBO | Ed Bozarth | 04/20/2018 | | 4 | 2018 | REG | 508.29 | 0.00 | 508.29 |
| 14629 | FRSE | FreeState Electric | 04/20/2018 | | 4 | 2018 | REG | 628.00 | 0.00 | 628.00 |
| 14630 | GCR | GCR Topeka Truck Tire | 04/20/2018 | | 4 | 2018 | REG | 783.63 | 0.00 | 783.63 |
| 14631 | GREE | GreenPoint | 04/20/2018 | | 4 | 2018 | REG | 7,838.80 | 0.00 | 7,838.80 |
| 14632 | H&RPLU | H & R Plumbing | 04/20/2018 | | 4 | 2018 | REG | 421.91 | 0.00 | 421.91 |
| 14633 | INLA | Inland Service Corp | 04/20/2018 | | 4 | 2018 | REG | 64.91 | 0.00 | 64.91 |
| 14634 | CLERK | Kansas Payment Center | 04/20/2018 | | 4 | 2018 | REG | 1,242.46 | 0.00 | 1,242.46 |
| 14635 | CLERK | Kansas Payment Center | 04/20/2018 | | 4 | 2018 | REG | 621.23 | 0.00 | 621.23 |
| 14636 | KAPT | Kansas Power Train | 04/20/2018 | | 4 | 2018 | REG | 324.27 | 0.00 | 324.27 |
| 14637 | LABM | Labor Max | 04/20/2018 | | 4 | 2018 | REG | 2,434.75 | 0.00 | 2,434.75 |
| 14638 | MIDWAY | Midway Wholesale | 04/20/2018 | | 4 | 2018 | REG | 934.84 | 0.00 | 934.84 |
| 14639 | OREI | O'reilly | 04/20/2018 | | 4 | 2018 | REG | 175.33 | 0.00 | 175.33 |
| 14640 | PHILLI | Phillips 66 Co. | 04/20/2018 | | 4 | 2018 | REG | 1,842.39 | 0.00 | 1,842.39 |
| 14641 | SOUF | Southland Floor Supplies | 04/20/2018 | | 4 | 2018 | REG | 519.77 | 0.00 | 519.77 |
| 14642 | SUNFLO | Sunflower Rents | 04/20/2018 | | 4 | 2018 | REG | 336.00 | 0.00 | 336.00 |
| 14643 | TOPBLU | Topeka Blue Print Co. | 04/20/2018 | | 4 | 2018 | REG | 429.89 | 0.00 | 429.89 |
| 14644 | VERI | Verizon | 04/20/2018 | | 4 | 2018 | REG | 47.82 | 0.00 | 47.82 |
| 14645 | PIZZ | Pizza Hut | 04/24/2018 | | 4 | 2018 | HAND | 38.00 | 0.00 | 38.00 |
| 14646 | KIRB | Kirberg Company | 04/26/2018 | | 4 | 2018 | REG | 140,511.37 | 0.00 | 140,511.37 |
| 14647 | ACEELE | Ace Electric Co. | 04/30/2018 | | 4 | 2018 | REG | 11,835.00 | 0.00 | 11,835.00 |
| 14648 | ALLI | ALLIANCE BANK | 04/30/2018 | | 4 | 2018 | REG | 4,168.49 | 0.00 | 4,168.49 |
| 14649 | AUTO | Auto-Owners Insurance | 04/30/2018 | | 4 | 2018 | REG | 2,360.31 | 0.00 | 2,360.31 |
| 14650 | EDBO | Ed Bozarth | 04/30/2018 | | 4 | 2018 | REG | 689.35 | 0.00 | 689.35 |
| 14651 | GREE | GreenPoint | 04/30/2018 | | 4 | 2018 | REG | 1,420.15 | 0.00 | 1,420.15 |
| 14652 | HOME | The Home Depot | 04/30/2018 | | 4 | 2018 | REG | 1,005.76 | 0.00 | 1,005.76 |
| 14653 | HONE | Honey Do's | 04/30/2018 | | 4 | 2018 | REG | 7,200.00 | 0.00 | 7,200.00 |
| 14654 | JACO | Jacobson Asbestos Co | 04/30/2018 | | 4 | 2018 | REG | 95.00 | 0.00 | 95.00 |
| 14655 | KANSA1 | Kansas Dept of Revenue | 04/30/2018 | | 4 | 2018 | REG | 52.02 | 0.00 | 52.02 |
| 14656 | KBIW | khiwcf | 04/30/2018 | | 4 | 2018 | REG | 1,319.00 | 0.00 | 1,319.00 |
| 14657 | LABM | Labor Max | 04/30/2018 | | 4 | 2018 | REG | 1,407.18 | 0.00 | 1,407.18 |
| 14658 | CLERK | Kansas Payment Center | 04/27/2018 | | 4 | 2018 | HAND | 621.23 | 0.00 | 621.23 |

Case 18-12175    Doc# 1    Filed 11/06/18    Page 59 of 80

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs, LLC

14 : Page #
By Check : Selection
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14659 | CLERK | Kansas Payment Center | 05/04/2018 | | 5 | 2018 | HAND | 621.23 | 0.00 | 621.23 |
| 14660 | GREGH | Greg Hughes | 05/02/2018 | | 5 | 2018 | HAND | 97.92 | 0.00 | 97.92 |
| 14661 | OUTB | Outback | 05/07/2018 | | 5 | 2018 | HAND | 167.55 | 0.00 | 167.55 |
| 14688 | AT&T | AT&T | 05/17/2018 | | 5 | 2018 | REG | 284.34 | 0.00 | 284.34 |
| 14689 | BAIM | Balm Demolition | 05/17/2018 | | 5 | 2018 | REG | 9,970.20 | 0.00 | 9,970.20 |
| 14690 | SHAWN | Shawnee County Rural | 05/17/2018 | | 5 | 2018 | REG | 63.77 | 0.00 | 63.77 |
| 14690 | BCBS | Blue Cross & Blue Shield | 05/18/2018 | | 5 | 2018 | REG | 2,642.57 | 0.00 | 2,642.57 |
| 14691 | BOND | Bonding & Insurance Solu | 05/20/2018 | | 5 | 2018 | REG | 25,454.00 | 0.00 | 25,454.00 |
| 14691 | BARRY | Barry Law Offices, L.L.C | 05/17/2018 | | 5 | 2018 | REG | 5,000.00 | 0.00 | 5,000.00 |
| 14691 | CONC | CONCRETE SUPPLY | 05/17/2018 | | 5 | 2018 | REG | 666.00 | 13.32 | 652.68 |
| 14692 | AT&T | AT&T | 05/17/2018 | | 5 | 2018 | REG | 289.98 | 0.00 | 289.98 |
| 14692 | CONULM | Concrete Unlimited | 05/17/2018 | | 5 | 2018 | REG | 16,816.50 | 0.00 | 16,816.50 |
| 14693 | AUTO | Auto-Owners Insurance | 05/17/2018 | | 5 | 2018 | REG | 2,360.31 | 0.00 | 2,360.31 |
| 14693 | DPII | DPI | 05/31/2018 | | 5 | 2018 | REG | 171.15 | 0.00 | 171.15 |
| 14694 | DPII | DPI | 05/31/2018 | | 5 | 2018 | REG | 172.11 | 0.00 | 172.11 |
| 14694 | DPI | DPI | 05/31/2018 | | 5 | 2018 | REG | 31.42 | 0.00 | 31.42 |
| 14695 | CONC | CONCRETE SUPPLY | 05/31/2018 | | 5 | 2018 | REG | 2,510.00 | 50.20 | 2,459.80 |
| 14695 | DREX | Drexel Technologies | 05/31/2018 | | 5 | 2018 | REG | 122.25 | 0.00 | 122.25 |
| 14696 | CONW | Continental Western | 05/17/2018 | | 5 | 2018 | REG | 180.00 | 0.00 | 180.00 |
| 14696 | FASE | Fastrac Excavating | 05/17/2018 | | 5 | 2018 | REG | 6,916.50 | 0.00 | 6,916.50 |
| 14697 | FOLE | Foley Equipment | 05/17/2018 | | 5 | 2018 | REG | 19.30 | 0.00 | 19.30 |
| 14697 | GREE | GreenPoint | 05/17/2018 | | 5 | 2018 | REG | 1,927.75 | 0.00 | 1,927.75 |
| 14698 | FRSE | FreeState Electric | 05/31/2018 | | 5 | 2018 | REG | 564.00 | 0.00 | 564.00 |
| 14698 | HOME | The Home Depot | 05/31/2018 | | 5 | 2018 | REG | 874.93 | 0.00 | 874.93 |
| 14699 | HOME | The Home Depot | 05/31/2018 | | 5 | 2018 | REG | 164.75 | 0.00 | 164.75 |
| 14699 | GCR | GCR Topeka Truck Tire | 05/31/2018 | | 5 | 2018 | REG | 95.00 | 0.00 | 95.00 |
| 14700 | HONE | Honey Do's | 05/31/2018 | | 5 | 2018 | REG | | 0.00 | |
| 14700 | CLERK | Kansas Payment Center | 05/17/2018 | | 5 | 2018 | REG | 621.23 | 0.00 | 621.23 |
| 14700 | GREGH | Greg Hughes | 05/17/2018 | | 5 | 2018 | REG | 193.20 | 0.00 | 193.20 |
| 14701 | GREE | GreenPoint | 05/17/2018 | | 5 | 2018 | REG | 3,665.45 | 0.00 | 3,665.45 |
| 14701 | GREE | GreenPoint | 05/17/2018 | | 5 | 2018 | REG | 1,458.60 | 0.00 | 1,458.60 |
| 14702 | LABM | Labor Max | 05/31/2018 | | 5 | 2018 | REG | 5,534.75 | 0.00 | 5,534.75 |
| 14702 | HILTI | Hilti | 05/31/2018 | | 5 | 2018 | REG | 64.91 | 0.00 | 64.91 |
| 14703 | MCCR | McCray Lumber | 05/17/2018 | | 5 | 2018 | REG | 2,046.89 | 40.94 | 2,005.95 |
| 14703 | INLA | Inland Service Corp | 05/17/2018 | | 5 | 2018 | REG | 56,025.00 | 0.00 | 56,025.00 |
| 14704 | MIDWAY | Midway Wholesale | 05/31/2018 | | 5 | 2018 | REG | 51.72 | 0.52 | 51.20 |
| 14704 | IACO | Jacobson Asbestos Co | 05/31/2018 | | 5 | 2018 | REG | 750.00 | 0.00 | 750.00 |
| 14704 | PROC | Procore | 05/31/2018 | | 5 | 2018 | REG | | 0.00 | |
| 14705 | CLERK | Kansas Payment Center | 05/17/2018 | | 5 | 2018 | REG | 1,242.46 | 0.00 | 1,242.46 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs, LLC

15 : Page #
By Check : Selection
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14705 | SHERWI | Sherwin-Williams Co. | 05/31/2018 | | 5 | 2018 | REG | 9.98 | 0.00 | 9.98 |
| 14706 | LABM | Labor Max | 05/17/2018 | | 5 | 2018 | REG | 1,383.80 | 0.00 | 1,383.80 |
| 14706 | UNITRE | United Rentals | 05/31/2018 | | 5 | 2018 | REG | 704.36 | 0.00 | 704.36 |
| 14707 | LIND | Lindsay Duncan | 05/17/2018 | | 5 | 2018 | REG | 235.00 | 0.00 | 235.00 |
| 14707 | USAS | US Assure | 05/31/2018 | | 5 | 2018 | REG | 456.00 | 0.00 | 456.00 |
| 14708 | MIDWAY | Midway Wholesale | 05/17/2018 | | 5 | 2018 | REG | 1,775.00 | 17.75 | 1,757.25 |
| 14708 | WESE | Westar Energy | 05/31/2018 | | 5 | 2018 | REG | 304.28 | 0.00 | 304.28 |
| 14709 | OREI | O'reilly | 05/17/2018 | | 5 | 2018 | REG | 17.44 | 0.00 | 17.44 |
| 14710 | BOWA | Bowan Murray | 06/07/2018 | | 5 | 2018 | REG | 45.00 | 0.00 | 45.00 |
| 14710 | PHILLI | Phillips 66 Co. | 05/17/2018 | | 5 | 2018 | REG | 1,849.55 | 0.00 | 1,849.55 |
| 14711 | POSTOF | US Postmaster | 06/07/2018 | | 5 | 2018 | REG | 98.00 | 0.00 | 98.00 |
| 14711 | SUNFLO | Sunflower Rents | 05/17/2018 | | 5 | 2018 | REG | 108.00 | 0.00 | 108.00 |
| 14712 | BOWA | Bowan Murray | 07/23/2018 | | 6 | 2018 | REG | 200.00 | 0.00 | 200.00 |
| 14712 | BOWA | Bowan Murray | 05/17/2018 | | 5 | 2018 | REG | 27.83 | 0.00 | 27.83 |
| 14712 | TOPBLU | Topeka Blue Print Co. | 07/23/2018 | | 6 | 2018 | REG | 200.00 | 0.00 | 200.00 |
| 14713 | GUNN | Gunnar Murray | 07/23/2018 | | 6 | 2018 | REG | 47.82 | 0.00 | 47.82 |
| 14713 | VERI | Verizon | 05/17/2018 | | 5 | 2018 | REG | 934.25 | 0.00 | 934.25 |
| 14714 | CONULM | Concrete Unlimited | 06/14/2018 | | 6 | 2018 | REG | 63.77 | 0.00 | 63.77 |
| 14714 | SHAWN | Shawnee County Rural | 05/17/2018 | | 5 | 2018 | REG | 29,221.50 | 0.00 | 29,221.50 |
| 14715 | FASE | Fastrac Excavating | 06/14/2018 | | 6 | 2018 | REG | 638.75 | 0.00 | 638.75 |
| 14716 | KEIT | Keith Payne | 06/14/2018 | | 6 | 2018 | HAND | 27,058.10 | 0.00 | 27,058.10 |
| 14717 | DAHM | Dahmer Construction | 06/14/2018 | | 6 | 2018 | REG | 171.15 | 0.00 | 171.15 |
| 14718 | DPII | DPI | 06/18/2018 | | 6 | 2018 | REG | 32.63 | 0.00 | 32.63 |
| 14719 | DPII | DPI | 06/18/2018 | | 6 | 2018 | REG | 100.15 | 0.00 | 100.15 |
| 14720 | DREX | Drexel Technologies | 06/18/2018 | | 6 | 2018 | REG | 33.84 | 0.00 | 33.84 |
| 14721 | GCR | GCR Topeka Truck Tire | 06/18/2018 | | 6 | 2018 | REG | 64.91 | 0.00 | 64.91 |
| 14722 | INLA | Inland Service Corp | 06/18/2018 | | 6 | 2018 | REG | 1,242.46 | 0.00 | 1,242.46 |
| 14723 | CLERK | Kansas Payment Center | 06/18/2018 | | 6 | 2018 | REG | 149.60 | 0.00 | 149.60 |
| 14724 | LABM | Labor Max | 06/18/2018 | | 6 | 2018 | REG | 60.30 | 0.00 | 60.30 |
| 14725 | LASERS | Laser Specialists, Inc. | 06/18/2018 | | 6 | 2018 | REG | 155.08 | 0.00 | 155.08 |
| 14726 | MATH | Matheson | 06/18/2018 | | 6 | 2018 | REG | 179.23 | 0.00 | 179.23 |
| 14727 | MENA | Menards | 06/18/2018 | | 6 | 2018 | REG | 43.77 | 0.00 | 43.77 |
| 14728 | OREI | O'reilly | 06/18/2018 | | 6 | 2018 | REG | 1,347.66 | 0.00 | 1,347.66 |
| 14729 | PHILLI | Phillips 66 Co. | 06/18/2018 | | 6 | 2018 | REG | 1,285.00 | 0.00 | 1,285.00 |
| 14730 | PROG | Progressive | 06/18/2018 | | 6 | 2018 | REG | 66.12 | 0.00 | 66.12 |
| 14731 | SHAWN | Shawnee County Rural | 06/18/2018 | | 6 | 2018 | REG | 318.18 | 0.00 | 318.18 |
| 14732 | TOPBLU | Topeka Blue Print Co. | 06/18/2018 | | 6 | 2018 | REG | | | |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs, LLC
By Check : Selection

16 : Page #

APCASHCKRPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14733 | VERI | Verizon | 06/18/2018 | | 6 | 2018 | REG | 48.42 | 0.00 | 48.42 |
| 14734 | WESE | Westar Energy | 06/18/2018 | | 6 | 2018 | REG | 464.51 | 0.00 | 464.51 |
| 14735 | ABBEYS | Abbey-Simons Co. | 06/19/2018 | | 6 | 2018 | REG | 616.00 | 0.00 | 616.00 |
| 14736 | ACEELE | Ace Electric Co. | 06/19/2018 | | 6 | 2018 | REG | 11,835.00 | 0.00 | 11,835.00 |
| 14737 | BAHM | Bahm Demolition | 06/19/2018 | | 6 | 2018 | REG | 34,483.50 | 0.00 | 34,483.50 |
| 14738 | BAMF | Bamford Fire | 06/19/2018 | | 6 | 2018 | REG | 3,134.00 | 0.00 | 3,134.00 |
| 14739 | BYER | Byers Glass | 06/19/2018 | | 6 | 2018 | REG | 6,232.20 | 0.00 | 6,232.20 |
| 14740 | CHIL | Childress Painting | 06/19/2018 | | 6 | 2018 | REG | 2,597.40 | 0.00 | 2,597.40 |
| 14741 | CORE | Corelab Structures | 06/19/2018 | | 6 | 2018 | REG | 15,347.10 | 0.00 | 15,347.10 |
| 14742 | D&DM | D & D Masonry | 06/19/2018 | | 6 | 2018 | REG | 12,600.00 | 0.00 | 12,600.00 |
| 14743 | D&HR | D & H Restoration | 06/19/2018 | | 6 | 2018 | REG | 1,629.20 | 0.00 | 1,629.20 |
| 14744 | DELR | Delta Roofing | 06/19/2018 | | 6 | 2018 | REG | 7,900.00 | 0.00 | 7,900.00 |
| 14745 | DERB | Derby Steel Tech | 06/19/2018 | | 6 | 2018 | REG | 4,878.33 | 0.00 | 4,878.33 |
| 14746 | EMBL | Embassy landscape | 06/19/2018 | | 6 | 2018 | REG | 798.00 | 0.00 | 798.00 |
| 14747 | KANC | Kansas City Mechanical | 06/19/2018 | | 6 | 2018 | REG | 3,794.00 | 0.00 | 3,794.00 |
| 14748 | KLMS | KML Steel | 06/19/2018 | | 6 | 2018 | REG | 14,400.00 | 0.00 | 14,400.00 |
| 14749 | MAXT | Max True Fireproofing | 06/19/2018 | | 6 | 2018 | REG | 2,052.80 | 0.00 | 2,052.80 |
| 14750 | MIDC | Midwest Concrete Solutio | 06/19/2018 | | 6 | 2018 | REG | 1,111.50 | 0.00 | 1,111.50 |
| 14751 | PARE | Paredes Construction | 06/19/2018 | | 6 | 2018 | REG | 390.00 | 0.00 | 390.00 |
| 14752 | REGE | Regents Flooring Co | 06/19/2018 | | 6 | 2018 | REG | 2,054.00 | 0.00 | 2,054.00 |
| 14753 | TEMP | Temp-Con | 06/19/2018 | | 6 | 2018 | REG | 10,066.80 | 0.00 | 10,066.80 |
| 14754 | TOPEK | Topeka Foundry & Iron Wo | 06/19/2018 | | 6 | 2018 | REG | 4,863.20 | 0.00 | 4,863.20 |
| 14755 | UME | Universal Mech & Elect | 06/19/2018 | | 6 | 2018 | REG | 9,235.20 | 0.00 | 9,235.20 |
| 14758 | BARRY | Barry Law Offices, L.L.C | 06/19/2018 | | 6 | 2018 | HAND | 5,000.00 | 0.00 | 5,000.00 |
| 14759 | GREG | Greg Murray | 06/21/2018 | | 6 | 2018 | REG | 24,003.00 | 0.00 | 24,003.00 |
| 14760 | ACEELE | Ace Electric Co. | 06/21/2018 | | 6 | 2018 | REG | 2,398.90 | 0.00 | 2,398.90 |
| 14761 | KLMS | KML Steel | 06/25/2018 | | 6 | 2018 | REG | 1,600.00 | 0.00 | 1,600.00 |
| 14762 | GREG | Greg Murray | 06/26/2018 | | 6 | 2018 | HAND | 1,000.00 | 0.00 | 1,000.00 |
| 14763 | DEEN | Deena Abbott | 06/26/2018 | | 6 | 2018 | HAND | 1,000.00 | 0.00 | 1,000.00 |
| 14764 | ITSI | IT Simplified | 06/25/2018 | | 6 | 2018 | HAND | 331.55 | 0.00 | 331.55 |
| 14765 | RAMM | Ramm Insurance Agency | 06/30/2018 | | 6 | 2018 | REG | 370.00 | 0.00 | 370.00 |
| 14765 | RAMM | Ramm Insurance Agency | 07/26/2018 | | 7 | 2018 | VOID | -370.00 | 0.00 | -370.00 |
| 14766 | BCBS | Blue Cross & Blue Shield | 07/03/2018 | | 7 | 2018 | REG | 2,642.57 | 0.00 | 2,642.57 |
| 14767 | CITYWA | City of Topeka | 07/03/2018 | | 7 | 2018 | REG | 198.99 | 0.00 | 198.99 |
| 14768 | FRSE | FreeState Electric | 07/03/2018 | | 7 | 2018 | REG | 693.00 | 0.00 | 693.00 |
| 14769 | AUTO | Auto-Owners Insurance | 07/06/2018 | | 7 | 2018 | REG | 1,625.00 | 0.00 | 1,625.00 |
| 14770 | BOND | Bonding & Insurance Solu | 07/06/2018 | | 7 | 2018 | REG | 1,763.00 | 0.00 | 1,763.00 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs., LLC

17 : Page #
By Check : Selection
APCASHCK.RPT

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 14771 | DREX | Drexel Technologies | 07/06/2018 | 7 | 2018 | REG | | 104.40 | 0.00 | 104.40 |
| 14772 | FASTEN | Fastenal Company | 07/06/2018 | 7 | 2018 | REG | | 187.74 | 0.00 | 187.74 |
| 14773 | GREE | GreenPoint | 07/06/2018 | 7 | 2018 | REG | | 908.80 | 0.00 | 908.80 |
| 14774 | HMEMTL | HME, Inc. | 07/06/2018 | 7 | 2018 | REG | | 300.00 | 0.00 | 300.00 |
| 14775 | HOME | The Home Depot | 07/06/2018 | 7 | 2018 | REG | | 3,179.03 | 0.00 | 3,179.03 |
| 14776 | HONE | Honey Do's | 07/06/2018 | 7 | 2018 | REG | | 95.00 | 0.00 | 95.00 |
| 14777 | CLERK | Kansas Payment Center | 07/06/2018 | 7 | 2018 | REG | | 1,242.46 | 0.00 | 1,242.46 |
| 14778 | CLERK | Kansas Payment Center | 07/06/2018 | 7 | 2018 | REG | | 414.18 | 0.00 | 414.18 |
| 14779 | KBIW | kbiwcf | 07/06/2018 | 7 | 2018 | REG | | 636.76 | 0.00 | 636.76 |
| 14780 | MATH | Matheson | 07/06/2018 | 7 | 2018 | REG | | 101.06 | 0.00 | 101.06 |
| 14781 | PROC | Procore | 07/06/2018 | 7 | 2018 | REG | | 750.00 | 0.00 | 750.00 |
| 14782 | SHAWN | Shawnee County Rural | 07/06/2018 | 7 | 2018 | REG | | 54.19 | 0.00 | 54.19 |
| 14783 | DPI | DPI | 07/10/2018 | 7 | 2018 | REG | | 27.74 | 0.00 | 27.74 |
| 14784 | INLA | Inland Service Corp | 07/10/2018 | 7 | 2018 | REG | | 64.91 | 0.00 | 64.91 |
| 14785 | OREI | Oreilly | 07/10/2018 | 7 | 2018 | REG | | 99.25 | 1.99 | 97.26 |
| 14786 | TOPBLU | Topeka Blue Print Co. | 07/10/2018 | 7 | 2018 | REG | | 150.14 | 0.00 | 150.14 |
| 14787 | WESE | Westar Energy | 07/13/2018 | 7 | 2018 | REG | | 449.27 | 0.00 | 449.27 |
| 14788 | TOPEK | Topeka Foundry & Iron Wo | 07/22/2018 | 7 | 2018 | REG | | 550.00 | 0.00 | 550.00 |
| 14790 | ACMS | Acme Sign | 07/22/2018 | 7 | 2018 | REG | | 628.00 | 0.00 | 628.00 |
| 14791 | ALLI | ALLIANCE BANK | 07/22/2018 | 7 | 2018 | REG | | 4,193.50 | 0.00 | 4,193.50 |
| 14792 | AT&T | AT&T | 07/22/2018 | 7 | 2018 | REG | | 289.98 | 0.00 | 289.98 |
| 14793 | BCBS | Blue Cross & Blue Sheild | 07/22/2018 | 7 | 2018 | REG | | 2,642.57 | 0.00 | 2,642.57 |
| 14794 | CONW | Continental Western | 07/22/2018 | 7 | 2018 | REG | | 3,903.00 | 0.00 | 3,903.00 |
| 14795 | DPI | DPI | 07/22/2018 | 7 | 2018 | REG | | 171.15 | 0.00 | 171.15 |
| 14796 | FOLE | Foley Equipment | 07/22/2018 | 7 | 2018 | REG | | 130.93 | 0.00 | 130.93 |
| 14797 | FORDCR | Ford Credit | 07/22/2018 | 7 | 2018 | REG | | 1,094.01 | 0.00 | 1,094.01 |
| 14798 | FRSE | FreeState Electric | 07/22/2018 | 7 | 2018 | REG | | 806.00 | 0.00 | 806.00 |
| 14799 | GREGH | Greg Hughes | 07/22/2018 | 7 | 2018 | REG | | 193.20 | 0.00 | 193.20 |
| 14800 | CLERK | Kansas Payment Center | 07/22/2018 | 7 | 2018 | REG | | 828.36 | 0.00 | 828.36 |
| 14801 | PHILLI | Phillips 66 Co. | 07/22/2018 | 7 | 2018 | REG | | 1,914.72 | 0.00 | 1,914.72 |
| 14802 | TESW | Tessendorf Welding | 07/22/2018 | 7 | 2018 | REG | | 200.00 | 0.00 | 200.00 |
| 14803 | TURF | Turf Etc. | 07/22/2018 | 7 | 2018 | REG | | 12,985.60 | 0.00 | 12,985.60 |
| 14804 | GREG | Greg Murray | 07/25/2018 | 7 | 2018 | HAND | | 1,000.00 | 0.00 | 1,000.00 |
| 14805 | DEEN | Deena Abbott | 07/25/2018 | 7 | 2018 | HAND | | 1,000.00 | 0.00 | 1,000.00 |
| 14806 | CLERK | Kansas Payment Center | 07/27/2018 | 7 | 2018 | HAND | | 414.18 | 0.00 | 414.18 |
| 14807 | WASH | Washburn Rural | 07/31/2018 | 7 | 2018 | HAND | | 100.00 | 0.00 | 100.00 |
| 14808 | GREG | Greg Murray | 07/31/2018 | 7 | 2018 | HAND | | 1,600.00 | 0.00 | 1,600.00 |

Run On : August 09, 2018
At : 09:18:36
As Of : 07/31/2018

Check Register
Champion Bldrs, LLC

18 : Page #
By Check : Selection
APCASHCK.RPT

**GENERAL LEDGER ACCOUNT :  100   -   MONEY MARKET**

| CHECK | VENDOR | NAME | CHK DT | REF # | PD | YR | TYPE | GROSS PMT | DISC TAKEN | NET CHECK |
|---|---|---|---|---|---|---|---|---|---|---|
| 3094 | ALLI | ALLIANCE BANK | 10/31/2017 | | 10 | 2017 | HAND | 905.02 | 0.00 | 905.02 |
| 3095 | ALLI | ALLIANCE BANK | 11/30/2017 | | 11 | 2017 | HAND | 905.02 | 0.00 | 905.02 |
| 3100 | CHAM | Champion Builders | 12/19/2017 | | 12 | 2017 | HAND | 10,000.00 | 0.00 | 10,000.00 |
| 3200 | CHAM | Champion Builders | 01/03/2018 | | 1 | 2018 | HAND | 300,000.00 | 0.00 | 300,000.00 |
| 3201 | CHAM | Champion Builders | 01/04/2018 | | 1 | 2018 | HAND | 250,000.00 | 0.00 | 250,000.00 |
| 3202 | CHAM | Champion Builders | 01/10/2018 | | 1 | 2018 | HAND | 295,000.00 | 0.00 | 295,000.00 |
| 3203 | CHAM | Champion Builders | 01/23/2018 | | 1 | 2018 | HAND | 75,000.00 | 0.00 | 75,000.00 |
| 3204 | CHAM | Champion Builders | 01/23/2018 | | 1 | 2018 | HAND | 12,000.00 | 0.00 | 12,000.00 |
| 3205 | CHAM | Champion Builders | 01/23/2018 | | 1 | 2018 | HAND | 75,000.00 | 0.00 | 75,000.00 |
| 3206 | ALLI | ALLIANCE BANK | 01/29/2018 | | 1 | 2018 | HAND | 905.02 | 0.00 | 905.02 |
| 3207 | CHAM | Champion Builders | 02/06/2018 | | 2 | 2018 | HAND | 75,000.00 | 0.00 | 75,000.00 |
| 3208 | CHAM | Champion Builders | 02/06/2018 | | 2 | 2018 | HAND | 75,000.00 | 0.00 | 75,000.00 |
| 3209 | CHAM | Champion Builders | 02/07/2018 | | 2 | 2018 | HAND | 10,000.00 | 0.00 | 10,000.00 |
| 3210 | ALLI | ALLIANCE BANK | 02/26/2018 | | 2 | 2018 | HAND | 905.02 | 0.00 | 905.02 |
| 3211 | CHAM | Champion Builders | 03/09/2018 | | 3 | 2018 | HAND | 100,000.00 | 0.00 | 100,000.00 |
| 3212 | CHAM | Champion Builders | 03/09/2018 | | 3 | 2018 | HAND | 80,000.00 | 0.00 | 80,000.00 |
| 3213 | ALLI | ALLIANCE BANK | 03/31/2018 | | 3 | 2018 | HAND | 905.02 | 0.00 | 905.02 |
| 3219 | CHAM | Champion Builders | 05/04/2018 | | 5 | 2018 | HAND | 8,000.00 | 0.00 | 8,000.00 |
| 3220 | CHAM | Champion Builders | 05/04/2018 | | 5 | 2018 | HAND | 80,000.00 | 0.00 | 80,000.00 |
| 3221 | ALLI | ALLIANCE BANK | 05/30/2018 | | 5 | 2018 | HAND | 905.02 | 0.00 | 905.02 |
| 3223 | CHAM | Champion Builders | 06/03/2018 | | 6 | 2018 | HAND | 10,000.00 | 0.00 | 10,000.00 |
| 9101 | ALLI | ALLIANCE BANK | 12/31/2017 | | 12 | 2017 | HAND | 905.02 | 0.00 | 905.02 |

TOTALS FOR ACCOUNT :   100

| | | | | | | | | 2,583,384.04 | 163.84 | 2,583,220.20 |
|---|---|---|---|---|---|---|---|---|---|---|

**GENERAL LEDGER ACCOUNT :   102**

TOTALS FOR ACCOUNT :   102

| | | | | | | | | 1,461,335.14 | 0.00 | 1,461,335.14 |
|---|---|---|---|---|---|---|---|---|---|---|

RANGE TOTALS :

| | | | | | | | | 4,044,719.18 | 163.84 | 4,044,555.34 |
|---|---|---|---|---|---|---|---|---|---|---|

*** End Of Report ***

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re   **Champion Bldrs., LLC**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

For legal services, I have agreed to accept                                   $ _____

Prior to the filing of this statement I have received                         $ _____

Balance Due                                                                   $ _____

■   **RETAINER**

For legal services, I have agreed to accept and received a retainer of        $        **13,361.06**

The undersigned shall bill against the retainer at an hourly rate of          $         **325.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.   $  **1,717.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■   Debtor        ☐   Other (specify):

4.   The source of compensation to be paid to me is:

■   Debtor        ☐   Other (specify):

5.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Champion Bldrs., LLC** _____      Case No. _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

<b>CERTIFICATION</b>

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **November  6, 2018** | **/s/ Edward J. Nazar** |
| _Date_ | **Edward J. Nazar** |
| | _Signature of Attorney_ |
| | **Hinkle Law Firm LLC** |
| | **1617 N. Waterfront Parkway, Suite 400** |
| | **Wichita, KS 67206** |
| | **316-267-2000  Fax: 316-264-1518** |
| | **enazar@hinklaw.com** |
| | _Name of law firm_ |

Ace Electric Co.
223 SE 53rd Street
Topeka KS 66609


Acme Sign
1313 Vernon Street
North Kansas City MO 64116-4422


ACS Electronic Systems
5251 W. 116th Place, Suite 200
Leawood KS 66211


Alliance Bank
3001 SW Wanamaker Road
Topeka KS 66614-4430


Anthony S. Barry
Barry Law Offices LLC
5340 SW 17th Street
Topeka KS 66604-2459


Anthony S. Barry
Attorney at Law
5340 SW 17th Street
Topeka KS 66604-2459


AT&T
P O Box 5001
Carol Stream IL 60197-5001


Athco
13500 W 108th Street
Lenexa KS 66215


Auto Owners Insurance
6101 Anacapri Boulevard
Lansing MI 48917


BC1 Mechanical Inc
P O Box 441
Gardner KS 66030


Blue Valley USD #229
6225 W. 133rd Street
Topeka KS 66611

Border States Industries
P O Box 802816
Kansas City MO 64180


Bradley R. Finkeldei
Stevens & Brand, LLP
900 Massachusetts, Suite 500
Lawrence KS 66044-0189


Bryan W. SMith
Smith Law Firm
5930 SW 29th Street, #200
Topeka KS 66614


Byers Glass & Mirror, Inc.
11685 Kaw Drive
Bonner Springs KS 66012


C&C Group
10012 Darnell Street
Lenexa KS 66215


Carpio Masonry
2521 S Holloway Road
Oak Grove MO 64075


CBS Manhattan
9130 Green Valley Drive
Manhattan KS 66502


City of Topeka
3245 NW Waterworks Drive
Topeka KS 66606


Combes Construction LLC
6925 W 206th St
Bucyrus KS 66013


Concrete Supply
2500 SW Third Street
Topeka KS 66606


Concrete Unlimited
3160 SE 21st Street
Topeka KS 66607

Core Slab
1615 West Arrow Street
Marshall MO 65340


Diamond Everley Roofing
1556 LeCompton Road
Perry KS 66073


Doing Steel Fabrication
2125 N. Golden Avenue
Springfield MO 65803


DPI
P O Box 660831
Dallas TX 75266


Drewco Inc.
P O Box 2488
Mission KS 66201


Drexel Technologies
10840 W. 86th Street
Overland Park KS 66214


Empire Wall Systems
5224 SW Sante Fe Lake Road
Towanda KS 67144


Envision Technology Group
13524 W 107th Street
Lenexa KS 66215


Epoxy Coating Specialists
3940 S Ferree
Kansas City KS 66103


Fastenal Company
100 SE Monroe Street
Topeka KS 66603


Fastrac Escavating
3323 SE 21st Street
Topeka KS 66607

Ferrell Gas
P O Box 1003
Liberty MO 64069


Ford Motor Credit
P O Box 650575
Dallas TX 75265-0575


Gerken Rental
31600 Old KC Road
Paola KS 66071


GreenPoint
P O Box 326
Silver Lake KS 66539


Greg Murray
1836 S.W. 65th Street
Topeka KS 66619-1433


Hartford Financial Services
c/o Kenneth M. Bronson
Manager of Financial Services
One Hartford Plaza T-12B
Hartford CT 06115


Heather F. Shore
Brown & Ruprecht PC
2323 Grand Blvd Suite 1100
Kansas City MO 64108


Heather Shore
Brown & Ruprecht
2323 Grand Boulevard
Suite 1100
Kansas City MO 64108-2670


Hilti
P O Box 21148
Tulsa OK 74121-1148


HME, Inc.
2828 NW Button Road
Topeka KS 66618

Honey Do's
113 East 7th Street
Holton KS 66436


Hotel & Restaurant Supply
3750 Winchester Road
Memphis TN 38118


Interior Surface Enterprises
19940 W 161st Street
Olathe KS 66062


Internal Revenue Service
Mail Stop 5334 Advisory/Insolv
2850 NE Independence Ave
Lees Summit MO 64064


Internal Revenue Service
Centralized Insolvency
P O Box 7346
Philadelphia PA 19101-7346


IT Simplified
3641 SW Plass Avenue
Topeka KS 66611


Jackson Greenhouse
1933 NW Lower
Topeka KS 66608


Jacobson Asbestos Co.
5527 SW 93rd Street
Wakarusa KS 66546


James Franklin Freeman
Swanson Midgley LLC
4600 Madison Avenue Suite 1100
Kansas City MO 64112


James M. Crowl
Shawnee County Counselor
200 SE 7th, Room 100
Topeka KS 66603

John N. Badgerow
Spencer Fane LLP
9401 Indian Creek Park
Suite 700
Overland Park KS 66210


Johnson Controls
9850 Legler Road
Lenexa KS 66219


Joint Economic Development Org
 of Topeka and Shawnee Couny
120 S.E. 5th Avenue #110
Topeka KS 66603


Jonah W. Lock
Troppito, Miller, Griffin LLC
105 E. 5th Street Suite 500
Kansas City MO 64106


K&G Striping, Inc.
4125 NW Riverside Drive
Riverside MO 64150


Kansas Builders Insurance Grp
2101 W 36th Street
Topeka KS 66611


Kansas City Mechanical Inc
6822 Kansas Avenue
Kansas City KS 66111


Kansas Department of Labor
Legal Services
401 S.W. Topeka Boulevard
Topeka KS 66603-3182


Kansas Department of Revenue
915 SW Harrison St.
Topeka KS 66612-1588


Kansas EPS LLC
5554 NE 16th Street
Des Moines IA 50313

Klosterman & Associates
33467 Lake Road
Avon Lake OH 44012


KML Steel
P O Box 782558
Wichita KS 67278


Kone Inc
2700 BiState Drive, Suite 100
Kansas City MO 64108


Lan-Tel Communications and
  Underground Services Inc.
520 N. MO Highway 7
Independence MO 64056


Larry Bar Excavating
2785 W 247th Street
Louisburg KS 66053


Mark C. Kettlewell
Miller Shirger LLC
4520 Main Street, Suite 1570
Kansas City MO 64111


Matheson
100 SE Madison Street
Topeka KS 66607


McElroy's Inc.
3310 SW Topeka Boulevard
Topeka KS 66611


Meyer Construction Specialties
126 Wilbur Parrish Circle
Belton MO 64012


Midway Wholesale
218 SE Bonner Street
Topeka KS 66607


Morgan Francis
3410 N Walnut Street
Muncie IN 47303

Nystrom
NW 7845
P O Box 1450
Minneapolis MN 55485-7845


O'Reilly
4710 SW Topeka Boulevard
Topeka KS 66609


Parades Construction, Inc.
1407 N. 79th Street
Kansas City KS 66112


Paul Frahm
Kansas City KS


Phillips 66 Company
P O Box 530970
Atlanta GA 30353-0970


PJ Welding LLC
83040 SW Crawford Road
Auburn KS 66402


Procore
6309 Carpinteria Avenue
Carpinteria CA 93013


Randall J. Forbes
Attorney at Law
1414 S.W. Ashworth Place
Suite 201
Topeka KS 66604-3742


Regents Flooring Co Inc
10035 Lakeview Avenue
Lenexa KS 66219


Restoration & Waterproofing
  Contractors, Inc.
901 Scott Avenue
Kansas City KS 66105-1219

RLI Insurance Company
c/o Ryan Issel
P O Box 3961
Peoria IL 61612-3961


Salisbury Supply Co.
114 SE Quincy Street
Topeka KS 66603


Seal-O-Matic Paving Company
P O Box 9037
Kansas City MO 64168


Seltmann Masonry
17187 166th Road
Mayetta KS 66509


Service Master
4900 SW Topeka Boulevard
Topeka KS 66607


Shawnee County
c/o Jim Crowl
200 SE 7th Street, Room 100
KS 66660-3000


Shawnee Heights USD #450
4401 SE Shawnee Heights Road
Tecumseh KS 66542


Simplex Grinnell LP
11019 Strang Line Road
Lenexa KS 66215


Site Rite Construction Co
P O Box 30240
Kansas City MO 64112


Sowards Glass
2011 NW Topeka Boulevard
Topeka KS 66608


Sprint
2130 SW Wanamaker Road
Topeka KS 66614

Stephen R. Miller
Miller Schirger LLC
4520 Main Street, Suite 1570
Kansas City MO 64111


Sunflower Rents
2010 SW Topeka Boulevard
Topeka KS 66612


Switzer Brothers Painting LLC
P O Box 140275
Kansas City MO 64114


Terracon
3113 SW Van Buren Street
Topeka KS 66611-2466


The Home Depot
P O Box 9001030
Louisville KY 40290-1030


Thomas Hiatt
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City MO 64106


Timothy D. Resner
Attorney at Law
555 S. Kansas Avenue, #303
Topeka KS 66603


Treadwell
9205 Quivira Road
Overland Park KS 66215


Turf ETC
1051 SE Century Drive
Lees Summit MO 64081-3281


U S Attorneys Office
301 N. Main Suite 1200
Wichita KS 67202

Unified School District 229
15020 Metcalf Avenue
Overland Park KS 66223


Universal Mech & Elect
2278 Allen Road
Topeka KS 66607


Verizon
P O Box 408
Newark NJ 07101-0408


Wynn Jones & Associates Inc
P O Box 318
Schofield WI 54476-0318

# United States Bankruptcy Court
## District of Kansas

In re    **Champion Bldrs., LLC**                                   Case No.

                                                    Debtor(s)          Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 6, 2018**                      **/s/ Greg L. Murray**

                                                   **Greg L. Murray**/President/Manager

                                                   Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    **Champion Bldrs., LLC**                                              Case No. _____
                                                              Debtor(s)         Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November  6, 2018**                          Signature    **/s/ Greg L. Murray**
                                                                  **Greg L. Murray**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re   **Champion Bldrs., LLC** _____    Case No. _____

Debtor(s)    Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Champion Bldrs., LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 6, 2018** _____
Date

**/s/ Edward J. Nazar** _____
**Edward J. Nazar**
Signature of Attorney or Litigant
Counsel for   **Champion Bldrs., LLC** _____
**Hinkle Law Firm LLC**
**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
**316-267-2000 Fax:316-264-1518**
**enazar@hinklaw.com**