IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
CHAMPION BLDRS., LLC, ) Case No. 18-12175
) Chapter 11
Debtor. )
_____)

**NOTICE OF HEARING OF MOTION OF FORD MOTOR CREDIT COMPANY
TO MODIFY STAY OR IN THE ALTERNATIVE
FOR ADEQUATE PROTECTION IN THE
FORM OF PRE-CONFIRMATION PLAN PAYMENTS
WITH OBJECTION DEADLINE**

YOU ARE HEREBY notified that if no objection to the Motion of Ford Motor Credit Company to Modify Stay or in the Alternative for Adequate Protection in the Form of Pre-confirmation Plan Payments is filed in writing with the Clerk of the U.S. Bankruptcy Court by November 28, 2018, said motion will be granted by entry of an order to be prepared and submitted by counsel for movant.

If a written objection is timely filed with the Clerk of the Bankruptcy Court (401 N. Market, Room 167, Wichita, Kansas 67202), a hearing will be scheduled on December 12, 2018, at 10:30 a.m.

**Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.**

/s/ Thomas J. Lasater
Thomas J. Lasater, Reg. No. 11440
FLEESON, GOOING, COULSON & KITCH, L.L.C.
P.O. Box 997
Wichita, Kansas 67201
Telephone: (316) 267-7361
E-Mail: tlasater@fleeson.com
Attorneys for Ford Motor Credit Company

In the United States Bankruptcy Court
for the District of Kansas
In Re Champion Bldrs, LLC
Case No. 18-12175, Chapter 11
Notice of Hearing
Page 2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of November, 2018, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to the Office of the U.S. Trustee and to all parties receiving electronic notice, and that I mailed copies to the parties listed on the debtors' List of Creditors Holding 20 Largest Unsecured Claims.

                                      /s/ Thomas J. Lasater